BPQ: 294

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE: Rubén Peña Andino &** <br> **Naomi Figueroa Castro** <br><br><br> Debtor(s) <br><br> US BAnk Association, serviced by Banco Popular of Puerto Rico <br><br> Movant <br><br> Rubén Peña Andino & <br> Naomi Figueroa Castro <br> and Chapter 13 Trustee, <br> José Ramón Carrión Morales <br><br> Respondent(s) | CASE NO. 12-03426 MCF <br><br> CHAPTER 13 <br><br><br><br> 11 USC 362 d(1) d(2) <br><br> Relief from stay for cause |

## MOTION FOR RELIEF FROM STAY

TO THE HONORABLE COURT:

Comes now, Banco Popular of Puerto Rico, secured creditor, represented by the undersigned attorney who respectfully pray and state as follows:

1.      Jurisdiction over subject matter is predicated on section, 1334 and 157(b) 2(G), 28 USC.

2.      The cause of action is based on section 362 d(1) and d(2), 11 USC.

3.      In this case, an Order for Relief was entered on May 1,  2012.

4.      Movant is the servicer holder by endorsement, in due course, of a Mortgage Note, hereinafter the (Note), for $156,000.00, bearing interest of 7.125%, due on September 1, 2036.  Exhibit A-1.  A first mortgage encumbers debtor's property located in Road 926, KM. 5.7 Bo. Collores, Humacao, PR.

5.      Since the filing date, debtor account has accumulated **Post Petition** arrears in the amount of $3,625.77 for the months of April, May and June, as described in Exhibit (A) of this motion, with the addition of a $500.00 amount in attorney fees and costs for the filing of this motion. Verified Statement in compliance with LBR 4001-1(d)(3) **and any other arrears that continue to accrue up to the date all post petitions arrears are paid.**

6.      Movant argues that considering what is here in above stated, cause exists for granting relief from the stay pursuant to section 362 d(1) d(2), supra, since debtor has failed to make post petition payments accordingly.

Included as Exhibit (B), is movant Verified Statement regarding the information required by the Service Member Civil Relief Act of 2003 and a Department of Defense Manpower Data Center Military Status Report.

7. Said default deprive movant to have its security interest protected as provided under the Bankruptcy Code.

8. 8. If the Order for Relief is Granted, Trustee shall stop disbursements to Movant under the plan.

WHEREFORE, movant prays for an Order granting the Relief from Stay as requested.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and to José Ramón Carrión Morales, US Chapter 13 Trustee, and also certify that I have mailed by United State Postal Service copy of this motion to the following non CM/ECF participant to debtor(s) at theirs address of record in this case.

In San Juan, Puerto Rico, on the 26th day of June, 2013.

**COLÓN SANTANA & ASOCIADOS, CSP**
Attorney for Banco Popular de Puerto Rico
315 Coll & Toste, San Juan, PR 00918
Tel: 787-763-4111/Fax: 787-766-1289

S/José E. Colón Santana, USDC-PR No. 121312
e-mail: jecolonsantana@gmail.com

s/Mádelin Colón Pérez, USDC-PR No. 220006
e-mail: mcolonquiebras@gmail.com

*Colors S*

## STATEMENT OF ACCOUNT

| RUBEN PENA-ANDINO | 071010019247868 | 12-03426MCF JC | 05/01/12 |
|---|---|---|---|
| Petitioner Name | Loan Number | Bankruptcy Number | Filing Date |

### SECURED LIEN ON REAL PROPERTY

| | | |
|---|---|---|
| Principal Balance as of  01/01/12 | ............................................................ | 140,867.83 |
| Accrued Interest from  12/01/11  to 06/30/13 | ............................................................ | 15,893.94 |

Interest Rate  7.12500     Accrued No. of Days     578          Per Diem:          27.49

Monthly Payment to Escrow:  (To be used when loan will be cancelled under the bankruptcy payment plan)

| Hazard | 0.00 | Taxes | 0.00 | MIP | 0.00 |
|---|---|---|---|---|---|
| A&H | 0.00 | Life | 0.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL Monthly Escrow | | 0.00 | Mths in Arrears | 18 | Escrow in Arrears..... | 0.00 |
| | | | | | Accrued Late Charge | 1,212.72 |

Advances Under Loan Contract:

| Title Search | 0.00 | Tax Certificate | 0.00 | Inspection | 0.00 ...................... | 1,650.00 |
|---|---|---|---|---|---|---|
| Other | 1,650.00 | | | | | |
| FC Legal Fees | 0.00 | | | BKT Legal Fees | 0.00 ................. | 0.00 |
| TOTAL Amount owed as of  06/30/13 | | ............................................. | | | | 159,624.49 |

### AMOUNT IN ARREARS

Pre-Petition Amount:

| 15  Payments of | 1,057.00  each one | ............................................. | 15,855.00 |
|---|---|---|---|
| Accumulated Lated Charges | | ............................................. | 757.95 |

Advances Under Loan Contract:

| Title Search | 0.00 | Tax Certificate | 0.00 | Inspection | 0.00 .................... | 1,650.00 |
|---|---|---|---|---|---|---|
| Other | 1,650.00 | | | | | |
| FC Fees | 0.00 | | | BKT Legal Fees | 0.00 .................... | 0.00 |
| | | | | A = TOTAL PRE-PETITION AMOUNT | | 18,262.95 |

Post-Petition Amount:

| 3  Payment of | 1,057.00  each one | ............................................. | 3,171.00 |
|---|---|---|---|
| Late Charge | ............................................. | | 454.77 |
| | B = TOTAL POST-PETITION AMOUNT | | 3,625.77 |
| | A + B = TOTAL AMOUNT IN ARREARS | | 21,888.72 |

### OTHER INFORMATION

| Next Payment Due  01/01/12 | Interest Rate  7.12500 | P&I | 1,010.58 | Req. Esc | 46.42 | Monthly Late Charge | 50.52 |
|---|---|---|---|---|---|---|---|

| Investor | U S BANK ASSOCIATION | Property Address | RD 926 KM 5.7 BO.COLLORES |
|---|---|---|---|
| | | | HUMACAO        PR |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico foregoing is true and correct.

_L. Cxleme_

6/12/13

BANCO POPULAR DE PUERTO RICO          Date

PM-031 / 6-11     (L)

# NOTE
# *PAGARÉ*

30 de agosto , 2006     Humacao           Puerto Rico

| DATE | CITY | STATE/U.S. TERRITORY |
|---|---|---|
| *Fecha* | *Ciudad* | *Estado/Territorio U. S.* |

PROPERTY ADDRESS: 926 Road KM 5.7 Collores Ward Humacao PR 00791

*Dirección de la Propiedad:* _____

### 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 150,000.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is RG Premier Bank of Puerto Rico . I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

### 1. PROMESA DEL DEUDOR DE PAGAR

*A cambio de un préstamo que he recibido, prometo pagar U.S. $ _____ (esta cantidad se llamará "Principal"), más intereses a la orden del Prestador. El Prestador es _____ _____ Haré todos los pagos bajo este Pagaré en efectivo, con cheque o giro.*

*Entiendo que el Prestador puede traspasar este Pagaré. Se llamará el "Tenedor del Pagaré" al Prestador y a cualquiera a quien se traspase este Pagaré y tenga derecho a recibir pagos bajo el mismo.*

### 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 7.125 %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

### 2. INTERESES

*Se cargarán intereses sobre el principal adeudado, hasta que se salde la suma total de Principal. Pagaré intereses a la tasa anual de ___ %.*

*La tasa de interés impuesta en esta Sección 2 es la tasa que pagaré tanto antes como después de cualquier incumplimiento descrito en la Sección 6(B) de este Pagaré.*

### 3. PAYMENTS

#### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payments on the first day of each month, beginning on October 2006 . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If on September 2036 I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make monthly payments at RG Premier Bank of Puerto Rico _____, or at a different place if required by the Note Holder.

**3.   PAGOS**

**(A)   Tiempo y Lugar de los Pagos**

Pagaré el principal y los intereses haciendo un pago cada mes.

Haré mis pagos mensuales el día primero de cada mes, comenzando en _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _. Haré estos pagos cada mes hasta que haya pagado todo el principal y los intereses, y cualesquiera otros cargos aquí establecidos que pueda adeudar bajo este Pagaré. Cada pago mensual se aplicará conforme su fecha de vencimiento, y será aplicado a intereses antes que al Principal. Si a _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ aún adeudo sumas bajo este Pagaré, pagaré dichas sumas en su totalidad en esa fecha, la cual se llamará "Fecha de Vencimiento".

Haré mis pagos mensuales en _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _, o en un lugar distinto si lo requiere el Tenedor del Pagaré.

**(B)   Amount of Monthly Payments**

My monthly payments will be in the amount of U.S. $ ___1,010.58_____

**(B)   Cantidad de los Pagos Mensuales**

Mis pagos mensuales serán por la cantidad de U.S. $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4.   BORROWER'S RIGHT TO PREPAY**

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

**4.   EL DERECHO DEL DEUDOR A PAGAR ANTICIPADO**

Tengo el derecho de hacer pagos al Principal en cualquier momento antes de que venzan. Un pago al Principal solamente se conoce como un "Pago Anticipado". Cuando haga un Pago Anticipado, le diré al Tenedor del Pagaré por escrito que lo estoy haciendo. No puedo identificar un pago como Pago Anticipado si no estoy al día en mis pagos mensuales bajo el Pagaré.

Podré hacer un Pago Anticipado completo o Pagos Anticipados parciales sin pagar un cargo por Pago Anticipado. El Tenedor del Pagaré usará mis Pagos Anticipados para reducir el balance de Principal que adeude bajo este Pagaré. No obstante, el Tenedor del Pagaré podrá aplicar mi Pago Anticipado al pago de intereses acumulados vencidos antes de aplicar mi Pago Anticipado para reducir la suma Principal del Pagaré. Si hago un Pago Anticipado parcial, no habrá cambios en la fecha de vencimiento o en la cuantía de mi pago mensual, a menos que el Tenedor del Pagaré acuerde por escrito dichos cambios.

**5.   LOAN CHARGES**

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by

making a direct payment to me. If a refund reduces the Principal, the reduction will be treated as a partial Prepayment.

### 5. CARGOS DEL PRÉSTAMO

*Si una ley que aplique a este préstamo y que fije un máximo a los cargos impuestos es interpretada en forma final al efecto que los intereses u otros cargos cobrados o por ser cobrados a tenor con este préstamo excediesen los límites permitidos, entonces (a) cualquier tal cargo se ajustará por la cantidad necesaria para reducir el cargo al límite permitido; y (b) me será reembolsada cualquier suma ya pagada por mí que exceda los límites permitidos. El Tenedor del Pagaré podrá escoger entre aplicar este reembolso para reducir el Principal que adeude bajo este Pagaré, o hacerme un pago directo. Si un reembolso reduce el Principal, el reembolso se tratará como un Pago Anticipado parcial.*

### 6. BORROWER'S FAILURE TO PAY AS REQUIRED

**(A)    Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of fifteen calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be 5% of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### 6. INCUMPLIMIENTO DEL DEUDOR DE PAGAR SEGÚN REQUERIDO

**(A)    *Cargos por Demora por Pagos Vencidos***

*Si el Tenedor del Pagaré no ha recibido la cantidad total de cualquier pago mensual pasados quince días calendario de su fecha de vencimiento, le pagaré un cargo por demora. El cargo será 5% del pago vencido de principal e intereses. Pagaré este cargo por demora prontamente, pero solamente una vez por cada pago tardío.*

**(B)    Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(B)    *Incumplimiento***

*Incurriré en incumplimiento si no pago la cantidad total de cada pago mensual a la fecha de su vencimiento.*

**(C)    Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least thirty (30) days after the date on which the notice is mailed to me or delivered by other means.

**(C)    *Aviso de Incumplimiento***

*Si incurro en incumplimiento, el Tenedor del Pagaré podrá enviarme aviso escrito diciéndome que si no pago la cantidad vencida para cierta fecha, podrá requerirme saldo inmediato de la suma total del Principal que no ha sido pagado, más todos los intereses que adeude sobre esta suma. Esa fecha tiene que ser por lo menos treinta (30) días después de la fecha en que me sea enviado el aviso por correo, o entregado por cualquier otro medio.*

**(D)    No Waiver by Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(D)** **No Renuncia por el Tenedor del Pagaré**
Aun cuando a la fecha en que incurro en incumplimiento el Tenedor del Pagaré no me requiera que pague la totalidad inmediatamente, según expresado anteriormente, el Tenedor del Pagaré tendrá derecho a hacerlo si vuelvo a incurrir en incumplimiento en un fecha posterior.

**(E)** **Payment of Note Holder's Costs and Expenses**
If the Note Holder has notified me that I am required to pay immediately in full as described above, or the Note Holder seeks judicial collection or collection in a bankruptcy proceeding, the Note Holder shall be entitled to collect its costs and expenses to enforce this Note (including, but not limited to, attorneys' fees), which are fixed at the agreed and liquidated amount of ten percent (10%) of the original Principal amount.

**(E)** **Pago de Costas y Gastos del Tenedor del Pagaré**
Si el Tenedor del Pagaré me ha notificado que tengo la obligación de pagar la totalidad inmediatamente, según se establece anteriormente, o el Tenedor del Pagaré radica cobro judicial o cobro en un procedimiento de quiebra, el Tenedor del Pagaré tendrá derecho a cobrar sus costas y gastos para hacer valer este Pagaré (incluyendo, pero sin limitarse a, honorarios de abogado), los cuales se fijan en la suma pactada y líquida de diez por ciento (10%) de la suma Principal original.

**7.** **GIVING OF NOTICES**
Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.
Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**7.** **NOTIFICACIÓN**
A menos que la ley aplicable requiera otro método, cualquier aviso que se me deba dar bajo este Pagaré se hará entregándome o enviándome por correo de primera clase, a la dirección de la Propiedad arriba indicada o a una dirección diferente, si le notifico por escrito una dirección diferente al Tenedor del Pagaré.

Cualquier notificación que deba dar al Tenedor del Pagaré, lo haré entregándola o enviándola por correo de primera clase a la dirección indicada en la Sección Tres (a) [3(a)], o a una dirección distinta que me haya notificado el Tenedor del Pagaré.

**8.** **OBLIGATIONS OF PERSONS UNDER THIS NOTE**
If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety, or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety, or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**8.** **OBLIGACIONES DE LAS PERSONAS BAJO ESTE PAGARÉ**
Si más de una persona firma este Pagaré, cada persona queda plenamente y personalmente obligada a cumplir todas las obligaciones contenidas en este Pagaré, incluyendo la promesa de pagar la suma total adeudada. Cualquier persona que sea garantizadora, fiadora, o endosante de este Pagaré también queda obligada de esa manera. Cualquier persona que asuma estas obligaciones, incluyendo las obligaciones de un garantizador, fiador, o endosante de este Pagaré, quedará también obligada a cumplir todas las obligaciones contenidas en este Pagaré. El Tenedor del Pagaré podrá hacer valer sus derechos bajo este Pagaré contra cada

*persona individualmente, o contra todos nosotros conjuntamente. Esto significa que cualquiera de nosotros podrá ser requerido a pagar todas las sumas adeudadas bajo este Pagaré.*

**9. WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons obligated to pay the Note that amounts due have not been paid.

**9. RENUNCIAS**

*Yo y toda otra persona obligada bajo este Pagaré renunciamos a la Presentación y al Aviso de Incumplimiento. "Presentación" significa el derecho a requerir que el Tenedor del Pagaré reclame pago de sumas vencidas. "Aviso de Incumplimiento" significa el derecho a requerir que el Tenedor del Pagaré notifique a otras personas obligadas a pagar el Pagaré, que no se han pagado las sumas adeudadas.*

**10. UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

Transfer of the Property or a Beneficial Interest in Borrower. As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than thirty (30) days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**10. PAGARÉ GARANTIZADO UNIFORME**

*Este Pagaré es un instrumento uniforme con algunas alteraciones en algunas jurisdicciones. Además de las protecciones dadas al Tenedor del Pagaré bajo este Pagaré, una Hipoteca, Escritura de Fideicomiso, o Escritura de Garantía Colateral (la "Hipoteca"), de esta misma fecha, protege al Tenedor del Pagaré de posibles pérdidas que puedan resultar si no cumplo con las promesas que hago en este Pagaré. Esa Hipoteca describe cómo y bajo qué condiciones puedo ser requerido a pagar inmediatamente el total de todas las sumas que adeude bajo este Pagaré. Algunas de esas condiciones se describen a continuación:*

*Traspaso de la Propiedad o de un Interés Beneficiario del Deudor. Según se utiliza en esta Sección 18, "Interés en la Propiedad" significa todo interés propietario o beneficiario en la Propiedad, incluyendo, pero sin limitarse a, aquellos intereses*

*beneficiarios transferidos como pacto condicional de traspaso, contrato para venta, contrato de venta a plazos o acuerdo de plica, cuya intención sea el traspaso de título por el Deudor a un comprador en fecha futura.*

*Si sin el previo consentimiento del Prestador se vende o traspasa toda o cualquier parte de la Propiedad, o cualquier Interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Prestador podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por esta Hipoteca. Sin embargo, el Prestador no ejercerá esta opción en caso que la Ley Aplicable la prohíba.*

*Si el Prestador ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. Conforme a la Sección 15, el aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por esta Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Prestador podrá invocar cualquier remedio permitido por esta Hipoteca, sin más aviso o requerimiento al Deudor.*

**11.    SECURITY INSTRUMENT**
Payment of the indebtedness evidenced by this Note is secured by a Security Instrument dated on even date herewith, constituted by deed number ___218___ of the undersigned Notary Public.

*11.    HIPOTECA*
*El pago de la deuda evidenciada por este Pagaré está garantizado por una Hipoteca de esta misma fecha, constituida mediante la escritura número _____ del Notario Público infrascrito.*

IN WITNESS THEREOF, WE HEREBY ACKNOWLEDGE AND SIGN THIS PROMISSORY NOTE.

*EN TESTIMONIO DE LO CUAL RECONOCEMOS Y SUSCRIBIMOS ESTE PAGARÉ.*



THIS IS A PHOTOCOPY
OF THE ORIGINAL NOTE,
NO CHANGE _____

RUBEN PENA ANDINO

NAOMI FIGUEROA CASTRO

(Signature)
*(Firma)*
Borrower
*Deudor*

(Sign Original Only)
*(Fírmese el Original Solamente)*

AFFIDAVIT NO.: _991___
*Testimonio Núm.:* _____

Acknowledged and subscribe before me by the same person above, of the personal circumstances described in the deed previously mentioned whom, I have identified, with personal acknowledged attest  San Juan, Puerto Rico, on this 30 day of  August----------- of the year 2006  .

## ALLONGE

This allonge must be kept at all time attached to the Note to which it refers.

Este allonge debe mantenerse en todo momento adherido al pagaré a que refiere.

Notwithstanding the expressions containers in Paragraph 4 of the Note i n the principal sum of $ 150,000.00 , bearing interest at the rate of 7.125 % per annual, to the order of RG Premier Bank of Puerto Rico . Executed on this date before the undersigned Notary Public, the Borrower(s) agree(s) that if within five years from the date of this Note any prepayment is made in any twelve month period beginning with the date of this Note or anniversary dates thereof("loan years") with money lent by a l ender other than the h older hereof, the Borrower shall pay the Note Holder(a) during the first loan years three per cent (3%) of the prepaid amount, and(c) during the fourth and fifths loan years one per cent(1%) of the prepaid amount. The above prepayment penalty will not be enforced if this note is sold to the Federal Home Loan Mortgage Corporation(FREDDIE-MAC) or the Federal National Mortgage Loan Association(FANNIE-MAE).----------------------------------------------------------

No obstante lo expresado en el Párrafo 4 del *Pagaré* por la suma principal de $ ------------, devengando intereses al tipo de ----------% anual, a la orden de --------------------------------, otorgado en esta fecha ante el Notario que suscribe, el (los) Deudor(es) conviene (n) que si dentro de cinco años de la fecha de esta pagare el (los) Deudo (es) hace (n) cualquier pago anticipado en cualquier periodo de doce meses comenzando con la fecha de este pagare o la de sus aniversario(año del préstamo) con dinero prestado por un prestador que no sea el tenedor del pagare, el (los) Deudor(es) pagara(n)al tenedor del pagare(a) durante el primer ano del préstamo tres por ciento(3%) de la cuantía prepagada , y (c) durante el cuarto y quinto ano del préstamo un por ciento(1%) de la cantidad prepagada. La anterior penalidad por prepago no podrá se ejercitada si este pagare es vendido ala Federal Home Loan Mortgage Corporation ("FREDDIE-MAC") o la Federal Nacional Mortgage Loan Association (FANNIE-MAE).----

Humacao , Puerto Rico, this 30th day of August ,2006.

_____ (signature)
                                                (firma)
RUBEN PEÑA ANDINO

_____ (Borrower)
NAOMI FIGUEROA CASTRO (Deudor)

THIS IS A PHOTOCOPY
OF THE ORIGINAL NOTE,
NO C...

AFFIDAVIT NO. 992

Acknowledged and subscribe before me by the same persona above, of the personal circumstances describe in the deed previously mentioned whom, I have identified, with personal acknowledged attest. San Juan, Puerto Rico, on this 30 day of August of the years 2006

NOTARY PUBLIC

-----**DEED NUMBER:** TWO HUNDRED EIGHTEEN (218)
-----*ESCRITURA NÚMERO:*

---------------------------------**FIRST MORTGAGE** ------------------------
-------------------------------*PRIMERA HIPOTECA* --------------------

-----In the city of Humacao-----------, Puerto Rico, thi
Thirty--------- (30 ), day of August-------two thousand six.----

--------------------------- **BEFORE ME** ------------------------
-----EDUARDO NAVARRO PLUGUEZ, Notary Public in and for the
Commonwealth of Puerto Rico, with residence in the city of San Juan
Puerto Rico, and with offices in San Juan, Puerto Rico. -------------

-------------------------------- **APPEAR**-------------------------------
-----The person(s) named in Part SEVENTH (hereinafter "Borrower"). ----

-----I, the Notary Public, give faith that I personally know the partie
appearing herein, except as I may have otherwise clarified in th
"ACCEPTANCE" section of this Security Instrument, and, through the
statements, as to their ages, civil status, occupations and residences, wh
assure me that they have, and in my judgment they do have, the lega
capacity to execute this deed, wherefore, they freely -------------

-------------------------- *COMPARECEN*-------------------------
-----*La(s) persona(s) mencionada(s) en la Parte SÉPTIMA (en adelante
"Deudor").* -------------------------------------

-----*Yo, el Notario Público, doy fe de que conozco personalmente a l
comparecientes, a menos que haya aclarado lo contrario en la sección
"ACEPTACIÓN" de esta Hipoteca, y, por sus dichos, de sus edade
estado civil, ocupaciones y residencias, quienes me aseguran tener, y a
juicio tienen, la capacidad legal necesaria para otorgar esta escritur
por lo que libremente*-------------------------------

------------------- **STATE AND COVENANT**----------------------
------------------*DECLARAN Y CONVIENEN*-------------------

-----**FIRST:** DEFINITIONS: Words used in multiple sections of th
document are defined below and other words are defined in Sections 3, 1
13, 18, 20 and 21 of Part FOURTH. Certain rules regarding the usage
words used in this document are also provided in Section 16 of Pa
FOURTH.-------------------------------------

-----*PRIMERA: DEFINICIONES: Palabras usadas en varias secciones de este documento se definen más adelante y otras palabras se definen en las Secciones 3, 11, 13, 18, 20 y 21 de la Parte CUARTA. La Sección 16 de la Parte CUARTA también contiene ciertas reglas referentes al uso de vocablos en este documento.* -----

-----**(A) Security Instrument** means this document, in which the date and place of execution are stated on page number one, together with all Riders to this document executed by the Borrower.

-----*(A) Hipoteca significa este documento, en el cual la fecha y sitio de otorgamiento se indican en la primera página, conjuntamente con todas las Cláusulas Adicionales a este documento que otorgue el Deudor.* -----

-----**(B) Borrower** is (are) the person(s) mentioned in Part SEVENTH and is the mortgagor under this Security Instrument.

-----*(B) Deudor es (son) la(s) persona(s) mencionada(s) en la Parte SÉPTIMA, y es el deudor hipotecario en esta Hipoteca.* -----

-----**(C) Lender** is the entity mentioned in Part EIGHTH. Lender is an entity organized and existing under the laws of the jurisdiction indicated in Part EIGHTH. Lender's address is the one that appears in Section 3(A) of the Note and in Part EIGHTH of this Security Instrument. Lender is the mortgagee under this Security Instrument.

-----*(C) Prestador es la entidad mencionada en la Parte OCTAVA. El Prestador es una entidad organizada y existente bajo las leyes de la jurisdicción que se indica en la Parte OCTAVA. La dirección del Prestador es la que aparece en la Sección (3)(A) del Pagaré y en la Parte OCTAVA de esta Hipoteca. El Prestador es el acreedor hipotecario en esta Hipoteca.* -----

-----**(D) Note** means the promissory note signed by Borrower on this same date, payable to the order of Lender, bearing affidavit number 991 of the undersigned Notary Public. The Note states that Borrower owes Lender the principal sum of One hundred fifty six thousand dollars.

plus interest at an annual rate of seven and one eighth percent (7 1/8%). Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than September , first ( 1 ), two thousand thirty six (2036)

-----*(D) Pagaré significa el pagaré firmado por el Deudor en esta misma fecha, pagadero a la orden del Prestador, bajo el testimonio número del Notario Público infrascrito. El Pagaré establece que el Deudor le adeuda al Prestador la suma principal de Ciento cincuenta y seis mil dolares más intereses a la tasa anual de siete y un octavo (7 1/8%). El Deudor ha prometido pagar esta deuda en Pagos Periódicos regulares y pagar la deuda total no más tarde del primero de septiembre de dos mil treinta y seis (20 36).* -----

-----**(E) Property** means the property described in Part FIFTH, together with all improvements now or hereafter erected thereon, all easements, appurtenances and fixtures now or hereafter a part thereof, and all



replacements and additions thereto. The Property's address is that stated the Note. -----

-----(E) *Propiedad* significa la finca que se describe en la Parte QUINT conjuntamente con todas las mejoras existentes o que en se puedan a erigir en el futuro, todas las servidumbres, accesorios y bienes inmuebl por destino que ahora o en el futuro formen parte de la misma, y todos l reemplazos y añadiduras a lo anterior. La dirección de la Propiedad es que se establece en el Pagaré. -----

-----(F) **Loan** means the debt evidenced by the Note, plus interest, any pi payment charges and late charges due under the Note, and all sums d under this Security Instrument, plus interest. -----

-----(F) *Préstamo* significa la deuda evidenciada por el Pagaré, m intereses, cualesquiera cargos por pago anticipado y cargos por demo adeudados bajo el Pagaré, y todas las cantidades adeudadas bajo es Hipoteca, más intereses. -----

-----(G) **Riders** means all riders to this Security Instrument that a executed by Borrower. -----

-----(G) *Cláusulas Adicionales* significa todas las cláusulas adicionale esta Hipoteca que otorgue el Deudor. -----

-----(H) **Applicable Law** means all controlling applicable federal, sta and local statutes, regulations, ordinances and administrative rules a orders (that have the administrative effect of law) as well as all applicab final, non-appealable judicial opinions. -----

-----(H) *Ley Aplicable* significa toda ley, reglamento, ordenanza, regla órdenes administrativas (que tengan fuerza de ley), federales, estatale municipales, que estén vigentes y apliquen, así como toda opinión judic final e inapelable, que sean determinantes y aplicables. -----

-----(I) **Community Association Dues** means all dues, fees, assessme and other charges that are imposed on Borrower or on the Property b condominium association, homeowners association or simi organization. -----

-----(I) *Cuotas Comunales de Asociación* significa todas las cuot derechos, derramas y otros cargos que sean impuestos al Deudor o so la Propiedad por una asociación de condóminos, asociación de dueños hogares u organización similar. -----

-----(J) **Electronic Funds Transfer** means any transfer of funds, ot than a transaction originated by check, draft, or similar paper instrume which is initiated through an electronic terminal, telephone, computer, magnetic tape so as to order, instruct or authorize a financial institution debit or credit an account. Such term includes, but is not limited to poi of-sale transfers, automated teller machine transactions, transfers initia by telephone, wire transfers, and automated clearinghouse transfers. -----

-----(J) *Transferencia Electrónica de Fondos* significa toda transferen de fondos, que no sea una transacción originada mediante cheque, gir

PUERTO RICO-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT    Form 3053
(page 3 of 40 p



*documento similar, que se inicie mediante un terminal electrónico, teléfono, computador o cinta magnética con el fin de ordenar, instruir o autorizar a una institución financiera que debite o acredite una cuenta. Este vocablo incluye, pero no se limita a, transferencias en el punto-de-venta, transacciones en máquinas de cajero automático, transferencias iniciadas por teléfono, transferencias cablegráficas y transferencias mediante una mesa de compensación automatizada. --------------------------*

-----**(K) Escrow Items** means those items that are described in Section 3 of Part FOURTH. ---------------------------------------------------------------

-----**(K) Partidas en Reserva** *significa aquellas partidas descritas en la Sección 3 de la Parte CUARTA.* -----------------------------------------------

-----**(L) Miscellaneous Proceeds** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Part FOURTH, Section 5) for: (i) damage to, or destruction of the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation, or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.--------------------

-----**(L) Réditos Misceláneos** *significa cualquier prestación, liquidación o indemnización por daños, o el producto de pagos hechos por un tercero (que no sea la indemnización de seguros pagada bajo las cubiertas descritas en la Parte CUARTA, Sección 5) por: (i) daño a, o destrucción de la Propiedad; (ii) expropiación o cualquier otro apoderamiento de toda o parte de la Propiedad, (iii) entrega de la Propiedad en lugar de expropiación; o (iv) falsa representación de, u omisiones en cuanto a, el valor y/o condición de la Propiedad.* ----------------------------------------

-----**(M) Mortgage Insurance** means insurance protecting Lender against the nonpayment of, or default on the Loan. ------------------------------------

-----**(M) Seguro Hipotecario** *significa seguro que protege al Prestador contra la falta de pago, o incumplimiento del Préstamo.* ----------------------

-----**(N) Periodic Payment** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Part FOURTH, Section 3 of this Security Instrument. --------------------------------

-----**(N) Pago Periódico** *significa la suma regular programada a ser pagada por concepto de (i) principal e intereses bajo el Pagaré, más (ii) cualesquiera cantidades bajo la Sección 3 de la Parte CUARTA de esta Hipoteca.* ------------------------------------------------------------------

-----**(O) RESPA** means the Real Estate Settlement Procedures Act (12 U.S.C. Sections 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. 3500), as they might be amended, or any additional or successor legislation or regulation that governs the same subject matter. As used herein, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.-----------------------------------------------------------------------

-----**(O)** <u>*RESPA*</u> *significa la "Real Estate Settlement Procedures Act" (*
*U.S.C. Secciones 2601 y siguientes) y su reglamento habilitad*
*Reglamento X (24 C.F.R. 3500), según puedan ser enmendados,*
*cualquier legislación o reglamento adicional o sucesor que rija el mis.*
*tema. Según se usa en esta Hipoteca, "RESPA" se refiere a todos*
*requisitos y las restricciones que se impongan respecto a "un préста*
*hipotecario de índole federal" aún cuando el Préstamo no califique co*
*un "préstamo hipotecario de índole federal" bajo RESPA.* --------------

-----**(P)** <u>**Successor in Interest of Borrower**</u> means any party that has tal
title to the Property, whether or not that party has assumed Borrowe
obligations under the Note and/or this Security Instrument. ------------

-----**(P)** <u>*Sucesor en Interés del Deudor*</u> *significa cualquier persona*
*adquiera título sobre la Propiedad, haya o no tal persona asumido*
*obligaciones del Deudor bajo el Pagaré y/o esta Hipoteca.* ------------

-----**SECOND:** <u>CONSTITUTION OF MORTGAGE ON T</u>
<u>PROPERTY</u>. This Security Instrument secures to Lender: (i)
repayment of the Loan, and all renewals, extensions and modifications
the Note, and (ii) the performance of Borrower's covenants
agreements under this Security Instrument and the Note. For this purpo
Borrower irrevocably mortgages to Lender, with power to foreclose,
Property described hereinafter in this Security Instrument TOGETH
WITH all rights incorporated in the definition given to the term "Proper
in Part FIRST, Section E hereof. ------------------------------------------

-----**SEGUNDA:** <u>*CONSTITUCIÓN DE HIPOTECA SOBRE*</u>
<u>*PROPIEDAD*</u>. *Esta Hipoteca garantiza al Prestador: (i) el repago*
*Préstamo, y todas las renovaciones, extensiones y modificaciones*
*Pagaré, y (ii) el cumplimiento de los convenios y acuerdos del Deu*
*bajo esta Hipoteca y bajo el Pagaré. Para ese fin, el Deu*
*irrevocablemente hipoteca a favor del Prestador, con facultad*
*ejecución, la Propiedad descrita más adelante en esta Hipot*
*CONJUNTAMENTE CON todos los derechos incluidos en la definic*
*del vocablo "Propiedad" que aparece en la Parte PRIMERA, Secció*
*de esta Hipoteca.* -----------------------------------------------------------

-----**THIRD:** <u>COVENANTS</u>. (a) BORROWER COVENANTS A
AGREES that Borrower is lawfully seised with title of the estate her
conveyed and has the right to mortgage the Property, and that the Prop
is unencumbered, except for encumbrances reflected in the Registry
Property. Borrower warrants and will defend generally the title to
Property against all claims and demands, subject to any encumbrance
record. -------------------------------------------------------------------

-----**TERCERA:** <u>*CONVENIOS*</u>. *(a) EL DEUDOR ACUERDA*
*CONVIENE que es dueño y tiene derecho a hipotecar la Propiedad, y*
*la Propiedad está libre de cargas y gravámenes excepto aquellas carg*
*gravámenes que surgen de Registro de la Propiedad. El Deudor garan*
*y defenderá el título de la Propiedad contra toda reclamació*
*requerimiento, sujeto a cualquier gravamen que surja de Registro d*
*Propiedad.* ----------------------------------------------------------------

-----(b) This Security Instrument combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property. --------------

-----*(b) Esta Hipoteca combina convenios uniformes para uso nacional y convenios no uniformes con variaciones limitadas para cada jurisdicción, para constituir una hipoteca uniforme sobre bienes inmuebles.* ------------------

-----**FOURTH:** UNIFORM COVENANTS. Borrower and Lender, by the disbursal of funds evidenced by the Note, covenant and agree as follows:--

-----*CUARTA: CONVENIOS UNIFORMES. El Deudor y el Prestador, mediante el desembolso de los fondos evidenciados por el Pagaré, convienen y acuerdan lo siguiente:*-------------------------------------

-----**1.  Payment of Principal, Interest, Escrow Items, Prepayment Charges and Late Charges**. Borrower shall pay when due the principal of, and interest on the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in United States currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: a) cash, b) money order, c) certified check, treasurer's check or cashier's check, provided any such check is drawn by or on an institution whose deposits are insured by a federal agency, instrumentality, or entity, or (d) Electronic Funds Transfer.-------------------

-----*1.  Pago de Principal, Intereses, Partidas en Reserva, Cargos por Pago Anticipado y Cargos por Demora. El Deudor pagará a su vencimiento el principal y los intereses sobre la deuda evidenciada por el Pagaré, y cualesquiera cargos por pago anticipado y cargos por demora adeudados bajo el Pagaré. El Deudor también pagará las Partidas en Reserva conforme a la Sección 3. Los pagos efectuados bajo el Pagaré y bajo esa Hipoteca se harán en moneda de los Estados Unidos. Sin embargo, si cualquier cheque u otro instrumento recibido por el Prestador en pago bajo el Pagaré o esta Hipoteca es desairado y devuelto al Prestador, el Prestador podrá requerir que cualquier o todo pago posterior adeudado bajo el Pagaré y bajo esta Hipoteca se haga de una o más de las siguientes maneras, a elección del Prestador: (a) efectivo, (b) giro, (c) cheque certificado, cheque oficial de una institución financiera o cheque de gerente, siempre y cuando tal cheque sea librado por o contra una institución cuyos depósitos estén asegurados por una agencia, instrumentalidad o entidad federal, o (d) Transferencia Electrónica de Fondos.* -------------------------------------------------------

-----Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to

refuse payment or partial payments in the future, but Lender is n obligated to apply such payments at the time such payments are accepte If each Periodic Payment is applied as of its scheduled due date, th Lender need not pay interest on unapplied funds. Lender may hold suc unapplied funds until Borrower makes payment to bring the Loan currer If Borrower does not do so within a reasonable period of time, Lend shall either apply such funds or return them to Borrower. If not appli earlier, such funds will be applied to the outstanding principal balan under the Note immediately prior to foreclosure. No offset or claim whi Borrower might have now or in the future against Lender shall relie Borrower from making payments due under the Note and this Secur Instrument or performing the covenants and agreements secured by tl Security Instrument. -------------------------------------------------------------------

-----*Se entenderá que los pagos han sido recibidos por el Prestac cuando se reciban en el lugar designado en el Pagaré o en aquel o lugar que designe el Prestador conforme a las disposiciones notificación en la Sección 15. El Prestador podrá devolver cualquier po o pago parcial si el pago o los pagos parciales son insuficientes p poner el Préstamo al día. El Prestador puede aceptar cualquier pag pago parcial insuficiente para poner el Préstamo al día, sin renuncia ninguno de sus derechos bajo esta Hipoteca y sin perjuicio de su dere a rechazar tal pago o pagos parciales en el futuro, pero el Prestador está obligado a aplicar tales pagos al momento en que son aceptados cada Pago Periódico se aplica a su fecha establecida de vencimiento Prestador no estará obligado a pagar intereses sobre fondos aplicados. El Prestador puede retener dichos fondos no aplicados ha que el Deudor haga los pagos para poner el Préstamo al día. Si el Deu no pone el Préstamo al día dentro de un período razonable, el Presta entonces aplicará tales fondos o los devolverá al Deudor. De no habe aplicado antes, tales fondos serán aplicados al balance del princa adeudado bajo el Pagaré inmediatamente antes de la ejecución de Hipoteca. Ninguna compensación o reclamación que pudiera tene Deudor ahora o en el futuro contra el Prestador relevará al Deudor efectuar los pagos adeudados bajo el Pagaré y esta Hipoteca o de cum con los convenios y acuerdos garantizados por esta Hipoteca. ----------*

-----**2. Application of Payments or Proceeds.** Except as other described in this Section 2, all payments accepted and applied by Le shall be applied in the following order of priority: (a) interest due ur the Note; (b) principal due under the Note; (c) amounts due under Sec 3. Such payments shall be applied to each Periodic Payment in the ord which it became due. Any remaining amounts shall be applied first to charges, second to any other amounts due under this Security Instrum and then to reduce the principal balance of the Note.

-----*2. **Aplicación de Pagos o Réditos.** Salvo que se indique otra cos esta Sección 2, todos los pagos aceptados y aplicados por el Prest serán aplicados en el siguiente orden de prioridad: (a) inter adeudados bajo el Pagaré; (b) principal adeudado bajo el Pagaré cantidades adeudadas bajo la Sección 3. Tales pagos se aplicarán a Pago Periódico por orden de vencimiento. Cualquier cantidad reman será aplicada primero a los cargos por demora, segundo a cualquier cantidad vencida bajo esta Hipoteca, y luego para reducir el balanc principal del Pagaré.*

PUERTO RICO-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT     Form 3053

(page 7 of 4

-----If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from the Borrower to the payment of the Periodic Payments if, and to the extent that each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note. -----------------------

-----*Si el Prestador recibe un pago del Deudor para un Pago Periódico atrasado que incluya una cantidad suficiente para pagar cualquier cargo por demora adeudado, el Prestador podrá aplicar el mismo al pago atrasado y al cargo por demora. Si más de un Pago Periódico se encuentra al descubierto, el Prestador podrá aplicar cualquier pago recibido del Deudor al pago de los Pagos Periódicos si, y hasta donde cada pago pueda ser pagado por completo. Si hay un sobrante después de aplicar el pago al pago total de uno o más Pagos Periódicos, tal sobrante podrá aplicarse a cualquier cargo por demora que se deba. Los pagos anticipados voluntarios serán aplicados primero a cualquier cargo por pago anticipado y luego según se indica en el Pagaré.* -----------------------

----Any application of payments, insurance proceeds or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date of the Periodic Payments or change the amounts of those payments.--------------------------------------------------------------

-----*Cualquier aplicación de pagos, indemnizaciones de seguros o Réditos Misceláneos al principal adeudado bajo el Pagaré no extenderá ni pospondrá la fecha de vencimiento de los Pagos Periódicos, ni cambiará la cuantía de esos pagos.* -----------------------------------------

-----**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payment or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, if any, be escrowed by Borrower, and such Community Association Dues shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section 3. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligations to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender,

and if Lender requires, shall furnish to Lender receipts evidencing such
payment within such time period as Lender may require. Borrower's
obligation to make such payments and to provide receipts shall for all
purposes be deemed to be a covenant and agreement contained in this
Security Instrument, as the phrase "covenant and agreement" is used in
Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant
to a waiver, and Borrower fails to pay the amount due for an Escrow Item,
Lender may exercise its rights under Section 9 and pay such amount, and
Borrower shall then be obligated under Section 9 to repay to Lender any
such amount. Lender may revoke the waiver as to any or all Escrow Items
at any time by a notice given in accordance with Section 15 and, upon
such revocation, Borrower shall pay to Lender all Funds, and in such
amounts, that are required under this Section 3. ------------------------------

-----3. *Fondos para Partidas en Reserva.* El Deudor pagará al Prestador
en el día en que venzan los Pagos Periódicos bajo el Pagaré, hasta que el
Pagaré sea pagado en su totalidad, una suma (los "Fondos") para cubrir
el pago de cantidades adeudadas para: (a) contribuciones e imposiciones
y otras partidas que pudiera adquirir prioridad sobre esta Hipoteca como
gravamen o carga sobre la Propiedad; (b) pagos por el arrendamiento de
la Propiedad, su terreno o mejoras, si alguno; (c) primas por cualquier y
todo seguro requerido por el Prestador bajo la Sección 5; y (d) Primas de
Seguro Hipotecario, si alguna, o cualquier suma pagadera por el Deudor
al Prestador en lugar de pago de primas de Seguro Hipotecario, de
acuerdo a lo provisto en la Sección 10. Estas partidas se llaman
"Partidas en Reserva". Al concederse el Préstamo, o en cualquier
momento durante el término del mismo, el Prestador podrá requerir que
el Deudor deposite como parte de los Fondos las Cuotas Comunales a la
Asociación que venga obligado a pagar, y las mismas constituirán una
Partida en Reserva. El Deudor proveerá con prontitud al Prestador todas
las notificaciones de cantidades a ser pagadas bajo esta Sección 3. El
Deudor pagará al Prestador los Fondos para cubrir las Partidas en
Reserva, a menos que el Prestador lo releve total o parcialmente de dicha
obligación. El Prestador podrá relevar al Deudor de dicha obligación en
cualquier momento. Cualquier relevo tendrá que constar por escrito. En el
caso de tal relevo, el Deudor pagará directamente, cuando y donde
proceda, las sumas adeudadas por concepto de Partidas en Reserva que
hayan sido objeto del relevo; y si así lo requiere el Prestador, recibos que
le proveerá, dentro del plazo que le requiera el Prestador, recibos que
evidencien dicho pago. La obligación del Deudor de hacer tales pagos y
de proveer recibos será para todos los efectos considerada como un
convenio y acuerdo contenido en esta Hipoteca, según se usa en la
Sección 9 la frase "convenio y acuerdo". Si el Deudor viene obligado a
pagar las Partidas en Reserva directamente, conforme a un relevo, y
dejare de efectuar dicho pago, el Prestador podrá ejercitar su derecho
bajo la Sección 9 a pagar tal cantidad, y el Deudor vendrá obligado bajo
la Sección 9 a repagarla al Prestador. El Prestador podrá revocar el
relevo en cuanto a cualquier o todas las Partidas en Reserva en cualquier
momento mediante aviso dado conforme a la Sección 15, y a partir de
dicha revocación, el Deudor pagará al Prestador todos los Fondos, y en
las cantidades, requeridas bajo esta Sección 3. ------------------------------

-----Lender may, at any time, collect and hold Funds in an amount
sufficient to allow Lender to apply the Funds at the time specified under
RESPA, and (b) not to exceed the maximum amount a Lender can require

under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items, or otherwise, in accordance with Applicable Law.------------------

-----*El Prestador podrá, en cualquier momento, cobrar y retener Fondos en una cantidad (a) suficiente para permitir al Prestador aplicar los Fondos dentro del período especificado en RESPA, y (b) que no exceda la cantidad máxima que un prestador puede requerir bajo RESPA. El Prestador estimará la cantidad de Fondos por pagar a base de datos actualizados y estimados razonables de gastos futuros para Partidas en Reserva, o de cualquier otra forma, conforme a la Ley Aplicable.------------*

-----The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA. -----------------------------------------------------

-----*Los Fondos se retendrán en una institución cuyos depósitos estén asegurados por una agencia, instrumentalidad, o entidad federal (incluyendo el Prestador, si el Prestador es una institución cuyos depósitos están así asegurados) o en cualquier Federal Home Loan Bank. El Prestador aplicará los Fondos para pagar Partidas en Reserva no más tarde de la fecha especificada en RESPA. El Prestador no le cobrará al Deudor por retener y aplicar los Fondos, por analizar anualmente la cuenta de reserva, o por verificar las Partidas en Reserva, a menos que el Prestador le pague al Deudor intereses sobre los Fondos y la Ley Aplicable permita al Prestador imponer tal cargo. Salvo acuerdo por escrito o si la Ley Aplicable requiere el pago de intereses sobre los Fondos, el Prestador no estará obligado a pagar al Deudor intereses o ganancias sobre los Fondos. El Deudor y el Prestador podrán acordar por escrito, sin embargo, que se paguen intereses sobre los Fondos. El Prestador dará al Deudor, sin cargo, un estado de cuenta anual de los Fondos según sea requerido por RESPA. ------------------------------------------*

-----If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess Funds in accordance with RESPA.  If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than twelve (12) monthly payments.-------------------------------------------------------------------

-----*Si hay un sobrante de Fondos mantenidos en cuenta de reserva, según se define en RESPA, el Prestador rendirá cuenta al Deudor por el exceso de los Fondos, conforme a RESPA. Si hubiese una deficiencia de Fondos*



mantenidos en reserva, según se define en RESPA, el Prestador
notificará al Deudor, según requerido por RESPA, y el Deudor pagará
Prestador la cantidad necesaria para cubrir la deficiencia
conformidad con RESPA, pero en no más de doce (12) pagos mensuales.

-----Upon payment in full of all sums secured by this Security Instrumer
Lender shall promptly refund to Borrower any Funds held by Lender.-----

-----Luego de recibir el pago completo de las cantidades aseguradas p
esta Hipoteca, el Prestador reembolsará prontamente al Deud
cualesquiera Fondos que el Prestador conserve.------

-----**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charge
fines and impositions attributable to the Property, which can attain prior
over this Security Instrument, leasehold payments or ground rents on t
Property, if any, and Community Association Dues, if any. To the exte
that these items are Escrow Items, Borrower shall pay them in the mann
provided in Section 3.------

-----**4. Cargos; Gravámenes.** El Deudor pagará todas las contribucione
gravámenes, cargos, multas e imposiciones atribuibles a la Propiedad q
pudieran adquirir prioridad sobre esta Hipoteca, pagos p
arrendamiento de la Propiedad o del terreno, si alguno, y Cuot
Comunales de Asociación, si alguna. En la medida en que estas partid
sean Partidas en Reserva, el Deudor las pagará en la forma provista en
Sección 3. ------

-----Borrower shall promptly discharge any lien which has priority ov
this Security Instrument unless Borrower: (a) agrees in writing to t
payment of the obligation secured by the lien in a manner acceptable
Lender, but only so long as Borrower is performing such agreement; (
contests the lien in good faith by, or defends against enforcement of t
lien in, legal proceedings which in Lender's opinion operate to prevent t
enforcement of the lien while those proceedings are pending, but only un
such proceedings are concluded; or (c) secures from the holder of the li
an agreement satisfactory to Lender subordinating the lien to this Securi
Instrument. If Lender determines that any part of the Property is subject
a lien, which can attain priority over this Security Instrument, Lender m
give Borrower a notice identifying the lien. Within ten (10) days of t
date on which that notice is given, Borrower shall satisfy the lien or tal
one or more of the actions set forth above in this Section 4.------

-----El Deudor cancelará prontamente cualquier gravamen que teng
prioridad sobre esta Hipoteca a menos que el Deudor: (a) acuerde p
escrito el pago de la obligación garantizada por el gravamen de form
aceptable al Prestador, pero sólo mientras el Deudor esté cumpliendo c
tal acuerdo; (b) impugne de buena fe el gravamen o defienda contra
ejecución mediante procesos legales que, en la opinión del Prestado
impidan la ejecución del gravamen mientras esos procedimientos est
pendientes, pero sólo hasta que tales procedimientos concluyan; o (
obtenga del tenedor del gravamen un acuerdo satisfactorio al Prestad
postergando el gravamen a esta Hipoteca. Si el Prestador determina q
cualquier parte de la Propiedad está sujeta a un gravamen que pudie
adquirir prioridad sobre esta Hipoteca, el Prestador podrá dar aviso
Deudor señalando el gravamen. Dentro de diez (10) días a partir de


*fecha de tal aviso, el Deudor satisfará el gravamen o tomará una o más de las acciones descritas en esta Sección 4. ---------------------------------------*

-----Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan. -------------------------------------------------

-----*El Prestador podrá requerir al Deudor que pague un cargo una sola vez por la verificación de la contribución sobre propiedad inmueble y/o el servicio de información que utilice el Prestador con relación a este Préstamo.-----------------*

-----5. **Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards, including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower. --------------------------------

-----*5. **Seguro de Propiedad.** El Deudor mantendrá aseguradas las mejoras ahora existentes o que en el futuro se erijan en la Propiedad, contra pérdida por fuego, riesgos incluidos dentro del término "cubierta extendida", y cualquier otro riesgo, incluyendo pero sin limitarse a, terremotos e inundaciones, para los cuales el Prestador requiera seguro. Este seguro se mantendrá por las cantidades (incluyendo niveles de deducible), y por los períodos que el Prestador requiera. Lo que el Prestador requiera conforme a las oraciones que preceden puede variar durante el término del Préstamo. La empresa de seguros que provea el seguro será seleccionada por el Deudor, sujeto al derecho del Prestador de desaprobar la empresa seleccionada, cuyo derecho no se ejercitará irrazonablemente. Con relación a este Préstamo, el Prestador puede requerir que el Deudor pague uno de los siguientes: (a) un cargo, una sola vez, por servicios de determinación, certificación y seguimiento de zona inundable, o (b) un cargo, una sola vez, por servicios de determinación y certificación de zona inundable, y cargos posteriores cada vez que se hagan nuevos mapas, u ocurran cambios que razonablemente puedan afectar tal determinación o certificación. El Deudor también será responsable por el pago de cualquier cargo impuesto por la Federal Emergency Management Agency relacionado con la revisión de cualquier determinación de zona inundable que sea necesaria debido a una objeción del Deudor. ---------------------------------*

-----If Borrower fails to maintain any of the coverages described above Lender may obtain insurance coverage at Borrower's expense. Lender i under no obligation to purchase any particular type or amount of coverage Therefore, such coverage shall cover Lender, but might or might n protect Borrower, Borrower's equity in the Property, or the contents of th Property, against any risk, hazard or liability and might provide greater lesser coverage than was previously in effect. Borrower acknowledges tha the cost of such insurance coverage might significantly exceed the cost insurance that Borrower could have obtained. Any amounts disbursed b Lender under this Section 5 shall become additional debt of Borrowe secured by this Security Instrument, shall bear interest at the Note ra from the date of disbursement, and shall be payable, with such interes upon notice from Lender to Borrower requesting payment.------------------

-----*Si el Deudor deja de mantener cualquiera de las cubiertas ante descritas, el Prestador podrá obtener tal cubierta de seguro por cuenta cargo del Deudor. El Prestador no está obligado a comprar ningún tipo cantidad particular de cubierta. Por lo tanto, dicha cubierta protegerá Prestador, pero pudiera o no proteger al Deudor, su interés en Propiedad, o el contenido de la Propiedad, contra cualquier riesg peligro o responsabilidad, y podría proveer mayor o menor proteccio que la cubierta que estaba en vigor previamente. El Deudor reconoce q el costo de la cubierta de seguro así obtenida pudiera exced significativamente el costo de la cubierta de seguro que el Deudor pod haber obtenido. Cualesquiera cantidades desembolsadas por el Prestado bajo esta Sección 5 se convertirán en deuda adicional del Deudo garantizadas por esta Hipoteca, devengarán intereses a la ta establecida en el Pagaré desde la fecha de desembolso, y ser pagaderas, con dichos intereses, cuando el Prestador notifique al Deudo requiriendo su pago. ------------------*

-----All insurance policies required by Lender and renewals of su policies shall be subject to Lender's right to disapprove such policies, sha include a standard mortgage clause, and shall name Lender as mortgag and/or as an additional loss payee. Lender shall have the right to hold t policies and renewal certificates. If Lender requires, Borrower sha promptly give to Lender all receipts of paid premiums and renewal notice If Borrower obtains any form of insurance coverage not otherwise requir by Lender, for damage to, or destruction of, the Property, such policy sha include a standard mortgage clause and shall name Lender as mortgag and/or as an additional loss payee. ------------------------------------------

-----*Todas las pólizas de seguro requerida por el Prestador y renovaciones estarán sujetas al derecho del Prestador de desaprobar l mismas, incluirán una cláusula hipotecaria estándar, y nombrarán Prestador como acreedor hipotecario y/o beneficiario adicional. Prestador tendrá el derecho de retener las pólizas y los certificados renovación. Si el Prestador lo requiere, el Deudor le entrega prontamente todos los recibos de las primas pagadas y de los avisos renovación. Si el Deudor obtiene cualquier forma de cubierta de segu no requerida por el Prestador, por daños a o destrucción de la Propieda tal póliza contendrá una cláusula estándar de hipoteca y nombrará Prestador como acreedor hipotecario y/o como beneficiario adicional.--*

-----In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.--------------

-----*El Deudor dará pronto aviso al asegurador y al Prestador en caso de pérdida. El Prestador podrá someter la reclamación correspondiente si el Deudor no lo hace prontamente. Salvo que el Prestador y el Deudor acuerden otra cosa por escrito, cualquier indemnización de seguro, haya o no el Prestador requerido el seguro subyacente, será aplicada a la restauración o reparación de la Propiedad, si la restauración o reparación es económicamente viable y la garantía del Prestador no se menoscaba. Durante dicho período de reparación o restauración, el Prestador tendrá el derecho de retener la indemnización del seguro hasta tanto haya tenido la oportunidad de inspeccionar la Propiedad y asegurarse que la reparación se haya completado a su satisfacción; disponiéndose, que el Prestador realizará tal inspección prontamente. El Prestador podrá desembolsar fondos para las reparaciones y restauraciones en un solo pago, o en una serie de pagos según se vaya completando el trabajo. Salvo que haya un acuerdo por escrito o la Ley Aplicable requiera que se paguen intereses sobre dicha indemnización de seguro, el Prestador no estará obligado a pagar al Deudor intereses o rédito alguno sobre tal indemnización. Los honorarios de ajustadores públicos u otras terceras personas contratadas por el Deudor no se pagarán del rédito del seguro, y serán obligación exclusiva del Deudor. Si la restauración o reparación no es económicamente viable, o si la garantía del Prestador se menoscabare, la indemnización del seguro será aplicada a las cantidades aseguradas por esta Hipoteca, estuvieran o no entonces vencidas, y el excedente, si alguno, se le pagará al Deudor. Tal indemnización del seguro será aplicada en el orden que se dispone en la Sección 2.--------------*

-----If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within thirty (30) days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate

and settle the claim. The thirty (30) day period will begin when the noti...
is given. In either event, or if Lender acquires the Property under Secti...
22 or otherwise, Borrower hereby assigns to Lender: (a) Borrower's righ...
to any insurance proceeds in an amount not to exceed the amounts unpa...
under the Note or this Security Instrument, and (b) any other of Borrower...
rights (other than the right to any refund of unearned premiums paid b...
Borrower) under all insurance policies covering the Property, insofar ...
such rights are applicable to the coverage of the Property. Lender may us...
the insurance proceeds either to repair or restore the Property or to pa...
amounts unpaid under the Note or this Security Instrument, whether or n...
then due. -------------------------------------------------------------------

-----*Si el Deudor abandona la Propiedad, el Prestador podrá radica...
negociar y transigir cualquier reclamación de seguro disponible y asunt...
relacionados. Si dentro de treinta (30) días de recibirlo, el Deudor ...
responde a un aviso del Prestador de que la compañía de seguros ...
ofrecido transigir una reclamación, el Prestador podrá negociar ...
transigir la reclamación. El período de treinta (30) días comenza...
cuando se dé el aviso. En cualquier caso, o si el Prestador adquiere ...
Propiedad bajo la Sección 22 o de otra forma, el Deudor por la presen...
le cede al Prestador: (a) los derechos del Deudor a cualqui...
indemnización de seguro, hasta una suma que no exceda las cantidad...
adeudadas bajo el Pagaré o esta Hipoteca, y (b) cualquier otro derech...
del Deudor (salvo el derecho a cualquier reembolso por primas ...
devengadas pagadas por el Deudor) bajo todas las pólizas de seguro qu...
cubran la Propiedad, en la medida en que dichos derechos se...
aplicables a la cubierta de la Propiedad. El Prestador podrá usar ...
indemnización del seguro para reparar o restaurar la Propiedad o pag...
cualquier cantidad adeudada bajo el Pagaré o bajo esta Hipoteca, esté...
no vencida tal cantidad.* -------------------------------------------------

-----**6. Occupancy.** Borrower shall occupy, establish and use the Proper...
as Borrower's principal residence within sixty (60) days after th...
execution of this Security Instrument and shall continue to occupy th...
Property as Borrower's principal residence for at least one (1) year aft...
the date of occupancy, unless Lender otherwise agrees in writing, whic...
consent shall not be unreasonably withheld, or unless extenuatin...
circumstances exist which are beyond Borrower's control. ------------------

-----*6. **Ocupación.** El Deudor ocupará, establecerá y usará la Propieda...
como su residencia principal dentro de los sesenta (60) días después d...
otorgamiento de esta Hipoteca y continuará ocupando la Propiedad com...
su residencia principal por lo menos durante un (1) año después de l...
fecha en que comenzó su ocupación, salvo que el Prestador acuerde otr...
cosa por escrito, cuyo consentimiento no será irrazonablemen...
denegado, o a menos que existan circunstancias atenuantes que esté...
fuera del control del Deudor.* -------------------------------------------------

-----**7. Preservation, Maintenance and Protection of the Property...
Inspections.** Borrower shall not destroy, damage or impair the Property...
allow the Property to deteriorate or commit waste on the Property...
Whether or not Borrower is residing in the Property, Borrower sha...
maintain the Property in order to prevent the Property from deterioratin...
or decreasing in value due to its condition. Unless it is determine...
pursuant to Section 5 that repair or restoration is not economicall...

feasible, Borrower shall promptly repair the Property if damaged, to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment, or in a series of payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of the obligation to complete such repair or restoration. ---------

-----7. *Conservación, Mantenimiento y Protección de la Propiedad; Inspecciones. El Deudor no destruirá, dañará o menoscabará la Propiedad, ni permitirá que la Propiedad se deteriore o desmerezca. Esté o no el Deudor viviéndola, el Deudor mantendrá la Propiedad para evitar que ésta se deteriore o disminuya en valor debido a su condición. Salvo que se determine conforme a la Sección 5 que la reparación o restauración no es económicamente viable, el Deudor prontamente reparará la Propiedad si ésta ha sufrido daños, para evitar más deterioro o daño. Si se reciben pagos de seguro en caso de daños a la Propiedad, o compensación en caso de su expropiación, el Deudor será responsable por la reparación o restauración de la Propiedad solamente si el Prestador ha liberado fondos para tales propósitos. El Prestador puede desembolsar fondos para reparaciones y restauración en un solo pago, o en una serie de pagos según se vaya completando el trabajo. Si la indemnización del seguro o de la expropiación no es suficiente para reparar o restaurar la Propiedad, el Deudor no queda relevado de su obligación de completar tal reparación o restauración.* ----------------------

-----Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior or the improvements on the Property, but shall give Borrower notice at the time of or prior to an interior inspection specifying such reasonable cause. .

-----*El Prestador o sus agentes podrán entrar y hacer inspecciones razonables a la Propiedad. El Prestador podrá inspeccionar su interior o las mejoras a la Propiedad, si tiene causa razonable para hacerlo, pero dará al Deudor aviso razonable de la inspección, al momento de la misma o previo a ella, especificando las causas para conducirla.* --------------------

-----8. **Borrower's Loan Application**. Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence. ----------------

-----8. *Solicitud de Préstamo del Deudor. El Deudor estará en incumplimiento si, durante el proceso de solicitud del Préstamo, el Deudor, o cualquier persona o entidad actuando bajo instrucciones del Deudor, o con el conocimiento y consentimiento del Deudor, dio al Prestador información o declaraciones materialmente falsas, engañosas o inexacta (o no proveyeron información material al Prestador) respecto al Préstamo. Las representaciones materiales incluyen, pero no están*

limitadas a, representaciones sobre la ocupación de la Propiedad por el Deudor como su residencia principal.------------------------------------------------

-----**9. Protection of Lender's Interest in the Property and Rights under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument, (b) appearing in court, and (c) paying reasonable attorney's fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9. ------------------------------------------------

-----*9. Protección del Interés del Prestador en la Propiedad y Derechos bajo esta Hipoteca. Si (a) el Deudor incumple con los convenios y acuerdos contenidos en esta Hipoteca, (b) hay un procedimiento legal que pudiera afectar significativamente el interés del Prestador sobre la Propiedad y/o sus derechos bajo esta Hipoteca (tales como un procedimiento de quiebra, una expropiación forzosa o confiscación, para imponer un gravamen que pueda adquirir prioridad sobre esta Hipoteca, o hacer cumplir leyes o reglamentos), o, (c) el Deudor ha abandonado la Propiedad, entonces el Prestador podrá realizar y pagar por lo que fuera razonable o apropiado para proteger el interés del Prestador en la Propiedad y sus derechos bajo esta Hipoteca, incluyendo proteger y/o tasar el valor de la Propiedad, y asegurar y/o reparar la Propiedad. Las acciones del Prestador pueden incluir, pero no están limitadas a: (a) pagar cualquier suma garantizada por un gravamen que tenga prioridad sobre esta Hipoteca; (b) comparecer en corte; y (c) pagar honorarios razonables de abogados para proteger su interés en la Propiedad y/o sus derechos bajo esta Hipoteca, incluyendo su posición garantizada en un procedimiento de quiebra. Asegurar la Propiedad incluye, pero no se limita a, entrar a la Propiedad para hacer reparaciones, cambiar cerraduras, reemplazar o poner tablas en las puertas y ventanas, drenar tuberías, subsanar o eliminar violaciones a códigos de construcción u otros, eliminar condiciones peligrosas, conectar o desconectar servicios de agua, electricidad y otros. Aunque el Prestador puede tomar medidas bajo esta Sección 9, el Prestador no tiene que hacerlo y no tiene ningún deber o obligación de así hacerlo. Se acuerda que el Prestador no incurre en responsabilidad alguna por no tomar alguna o todas las medidas autorizadas bajo esta Sección 9. -------*

-----Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement, and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment. -------------------------------------------

-----*Cualesquiera cantidades desembolsadas por el Prestador bajo esta Sección 9 se convertirán en una deuda adicional del Deudor garantizada por esta Hipoteca. Estas cantidades devengarán intereses a la tasa establecida en el Pagaré, desde la fecha de su desembolso y serán pagaderas, con tales intereses, cuando el Prestador notifique al Deudor requiriendo su pago.* -------------------------------------------

-----If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing. -------------------------------------------

-----*Si esta Hipoteca es sobre un bien arrendado, el Deudor cumplirá con todas las disposiciones del contrato de arrendamiento. Si el Deudor adquiere título de dominio sobre la Propiedad, no operará la confusión de derechos entre el arrendamiento y el título de dominio a menos que el Prestador dé su consentimiento por escrito.* -------------------------------------------

-----**10. Mortgage Insurance.** If Lender required Mortgage Insurance as a condition for making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition for making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law.

PUERTO RICO-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT     Form 3053     5/05
*(page 18 of 40 pages)*

Nothing in this Section 10 affects Borrower's obligation to pay interest a
the rate provided in the Note. -----------------------------------------

-----*10. Seguro Hipotecario. Si el Prestador requirió Seguro Hipotecari
como condición para conceder el Préstamo, el Deudor pagará las prima
que sean requeridas para mantener en vigor el Seguro Hipotecario. Si po
cualquier razón, la cubierta del Seguro Hipotecario requerida por
Prestador deja de estar disponible del asegurador hipotecario qu
previamente la proveía, y al Deudor se le requería que hiciera page
designados separadamente para las primas del Seguro Hipotecario,
Deudor hará pagos de las primas requeridas para obtener cubiert
sustancialmente equivalente al Seguro Hipotecario previamente en vigo
a un costo al Deudor sustancialmente igual al costo del Segur
Hipotecario previamente en vigor, de otro asegurador hipotecari
seleccionado por el Prestador. Si no estuviere disponible una cubierta
Seguro Hipotecario sustancialmente igual, el Deudor continuar
pagando al Prestador los mismos pagos designados separadamente qu
pagaba cuando la cubierta de seguro dejó de estar en vigor. El Prestado
aceptará, usará y retendrá estos pagos designados como una reserva n
reembolsable para pérdida, en lugar del Seguro Hipotecario. Tal reserv
para pérdida será no reembolsada, no obstante que el Préstamo se
eventualmente saldado en su totalidad; y el Prestador no estará obligad
a pagar al Deudor intereses o rédito alguno sobre tal reserva par
pérdida. El Prestador no podrá requerir pagos a reserva para pérdida s
la cubierta de Seguro Hipotecario (en la cantidad y por el período que
Prestador requiera) provista por un asegurador seleccionado por
Prestador, vuelve a estar disponible, se obtiene y el Prestador requiere
Deudor hacer pagos designados separadamente para las primas de
Seguro Hipotecario. Si el Prestador requirió Seguro Hipotecario com
condición para conceder el Préstamo y se le requirió al Deudor hacer lo
pagos designados separadamente para el pago de primas del Segur
Hipotecario, el Deudor pagará las primas requeridas para mantener e
vigor el Seguro Hipotecario, o para mantener un fondo de reserva n
reembolsable, hasta que termine el requisito del Prestador de que s
mantenga un Seguro Hipotecario, conforme a cualquier acuerdo escrit
entre el Deudor y el Prestador, o hasta que la Ley Aplicable requiera qu
se suprima dicho requisito. Nada de lo contenido en esta Sección 1
afecta la obligación del Deudor de pagar intereses a la tasa que provee e
Pagaré. --------------------------------------------------*

-----Mortgage Insurance reimburses Lender (or any entity that purchase
the Note) for certain losses it may incur if Borrower does not repay th
Loan as agreed. Borrower is not a party to the Mortgage Insurance.--------

-----*El Seguro Hipotecario compensa al Prestador (o a cualquier entida
que compre el Pagaré) por ciertas pérdidas que pueda sufrir si el Deudo
no paga el Préstamo según pactado. El Deudor no es parte en la póliza d
Seguro Hipotecario. -----------------------------------------------------*

-----Mortgage insurers evaluate their total risk on all such insurance i
force from time to time, and may enter into agreements with other partie
that share or modify their risk, or reduce losses. These agreements are o
terms and conditions that are satisfactory to the mortgage insurer and th
other party (or parties) to these agreements. These agreements may requir
the mortgage insurer to make payments using any source of funds that the

mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums). As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further: -----------------

-----*Los aseguradores de hipotecas evalúan su riesgo total en todas las pólizas de seguro hipotecario vigentes de tiempo en tiempo, y pueden suscribir acuerdos con otras partes para compartir o modificar su riesgo o para reducir pérdidas. Estos acuerdos reflejan términos y condiciones satisfactorias al asegurador hipotecario y a la otra parte (o partes) que suscriben estos acuerdos. Estos acuerdos pueden requerir que el asegurador hipotecario haga pagos usando cualquier fuente de fondos que el asegurador hipotecario pueda tener disponible (que puede incluir fondos provenientes de primas de Seguro Hipotecario). Como resultado de estos acuerdos, el Prestador, cualquier comprador del Pagaré, otro asegurador, cualquier reasegurador, cualquier otra entidad, o cualquier afiliada de cualquiera de los anteriores, puede recibir (directa o indirectamente) cantidades que provengan de (o que puedan ser caracterizadas como) una porción de los pagos del Deudor para Seguro Hipotecario, a cambio de compartir o modificar el riesgo del asegurador hipotecario, o de reducir las pérdidas. Este acuerdo suele llamarse "reaseguro cautivo" si dispone que una afiliada del Prestador asuma una participación del riesgo del asegurador, a cambio de una participación en las primas pagadas. Además:* -----------------------------------------------

-----(A) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund;------

-----*(A) Ninguno de estos acuerdos afectará las sumas que el Deudor ha acordado pagar por el Seguro Hipotecario, ni ninguno de los otros términos del Préstamo. Estos acuerdos no aumentarán la cantidad que el Deudor adeudará por Seguro Hipotecario, y no le darán derecho al Deudor a ningún reembolso;* -------------------------------------------

-----(B) Any such agreements will not affect the rights Borrower has--if any--with respect to the Mortgage Insurance under the Homeowners Protection Act of Nineteen Hundred Ninety-Eight (1998) or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.-----------------------------------------------

-----*(B) Ninguno de estos acuerdos afectará los derechos que tenga el Deudor--si alguno--con relación al Seguro Hipotecario bajo el Homeowners Protection Act de mil novecientos noventa y ocho (1998) o de cualquier otra ley. Estos derechos pueden incluir el derecho de recibir*

*cierta información, de requerir y obtener la cancelación del Segu Hipotecario, de causar la cancelación automática del Seguro Hipotecari y/o de recibir un reembolso de las primas no devengadas de cualqui Seguro Hipotecario al momento en que se efectúe tal cancelación resolución.* --------------------------------------------------------------

-----**11. Assignment of Miscellaneous Proceeds; Forfeiture**. A Miscellaneous Proceeds are hereby assigned to and shall be paid Lender. --------------------------------------------------------------

-----**11. *Cesión de Réditos Misceláneos; Confiscación*.** *Por la presente ceden y serán pagaderos al Prestador todos los Réditos Misceláneos.* -----

-----If the Property is damaged, such Miscellaneous Proceeds shall applied to restoration or repair of the Property, if the restoration or repa is economically feasible and Lender's security is not lessened. During su repair and restoration period, Lender shall have the right to hold su Miscellaneous Proceeds until Lender has had an opportunity to inspe such Property to ensure the work has been completed to Lender satisfaction, provided that such inspection shall be undertaken promptl Lender may pay for the repairs and restoration in a single disbursement in a series of progress payments as the work is completed. Unless agreement is made in writing or Applicable Law requires interest to paid on such Miscellaneous Proceeds, Lender shall not be required to p Borrower any interest or earnings on such Miscellaneous Proceeds. If th restoration or repair is not economically feasible or Lender's securit would be lessened, the Miscellaneous Proceeds shall be applied to th sums secured by this Security Instrument, whether or not then due, wi the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall applied in the order provided for in Section 2. ---------------------------

-----*Si la Propiedad sufre daños, tales Réditos Misceláneos se aplicarán la restauración o reparación de la Propiedad, si la restauración reparación es económicamente viable y no se menoscaba la garantía d Prestador. Durante tal período de reparación y restauración, el Prestado tendrá el derecho a retener los Réditos Misceláneos hasta que Prestador haya tenido la oportunidad de inspeccionar la Propiedad par asegurar que el trabajo se haya completado a su satisfacció disponiéndose que el Prestador realizará prontamente dicha inspecció El Prestador podrá pagar por las reparaciones y restauraciones en u solo desembolso, o en una serie de pagos según se vaya completando trabajo. Salvo que haya un acuerdo escrito o que la Ley Aplicabl requiera que se paguen intereses sobre dichos Réditos Misceláneos, Prestador no estará obligado a pagar al Deudor intereses o gananci alguna sobre dichos Réditos Misceláneos. Si la reparación o restauració no es económicamente viable o la garantía del Prestador s menoscabaría, los Réditos Misceláneos se aplicarán a las cantidade aseguradas por esta Hipoteca, estén o no entonces vencidas, y excedente, si alguno, se pagará al Deudor. Se aplicarán tales Rédito Misceláneos en el orden que se dispone en la Sección 2.* --------------------

-----In the event of total taking, destruction, or loss in value of th Property, the Miscellaneous Proceeds shall be applied to the sums secure by this Security Instrument whether or not then due, with the excess, i any, paid to Borrower. --------------------------------------------------------------

-----*En caso de ocurrir una expropiación total, destrucción total o pérdida total en el valor de la Propiedad, los Réditos Misceláneos se aplicarán a las cantidades garantizadas por esta Hipoteca, estén o no vencidas, y el excedente, si alguno, se pagará al Deudor.* -----

-----In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower. -----

-----*En caso de ocurrir una expropiación parcial, destrucción parcial o pérdida parcial en el valor de la Propiedad, cuando el justo valor en el mercado de la Propiedad inmediatamente antes de tal expropiación, destrucción o pérdida en valor sea igual o mayor a las sumas garantizadas por esta Hipoteca inmediatamente antes de tal expropiación, destrucción o pérdida, y a menos que el Deudor y el Prestador acuerden otra cosa por escrito, se reducirán las sumas garantizadas por esta Hipoteca por la cantidad que resulte de multiplicar los Réditos Misceláneos por la siguiente fracción: (a) el total de las cantidades garantizadas inmediatamente antes de tal expropiación parcial, destrucción parcial o pérdida parcial en valor, dividido por (b) el justo valor en el mercado de la Propiedad inmediatamente antes de tal expropiación parcial, destrucción parcial o pérdida parcial en valor. Se le pagará al Deudor cualquier sobrante.* -----

-----In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due. -----

-----*En caso de ocurrir una expropiación parcial, destrucción parcial o pérdida parcial en valor de la Propiedad, cuando el justo valor en el mercado de la Propiedad inmediatamente antes de la expropiación parcial, destrucción parcial o pérdida parcial en valor sea menor a las cantidades garantizadas por esta Hipoteca inmediatamente antes de la expropiación parcial, destrucción parcial o pérdida parcial en valor, a menos que el Deudor y el Prestador acuerdan otra cosa por escrito, los Réditos Misceláneos se aplicarán a las sumas garantizadas por esta Hipoteca, hayan o no vencido dichas sumas.* -----

-----If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, and Borrower fails

to respond to Lender within thirty (30) days after the date the notice i given, Lender is authorized to collect and apply the Miscellaneou Proceeds either to restoration or repair of the Property or to the sum secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceed or the party against whom Borrower has a right of action in regard t Miscellaneous Proceeds.-----

-----*Si el Deudor abandona la Propiedad, o si después que el Prestado avisa al Deudor que la Parte Adversa (según se define en la próxim oración) ofrece transigir una reclamación por daños, y el Deudor no l contesta al Prestador dentro de los treinta (30) días siguientes a ta notificación, el Prestador quedará autorizado a cobrar y aplicar lo Réditos Misceláneos, ya sea a la restauración o reparación de l Propiedad, o a las cantidades garantizadas por esta Hipoteca, hayan o n vencido para entonces. "Parte Adversa" significa un tercero que l adeuda al Deudor Réditos Misceláneos o la parte contra quien el Deudo tiene una causa de acción relacionada con Réditos Misceláneos.-----*

-----Borrower shall be in default if any action or proceeding, whether civ or criminal, is begun that, in Lender's judgment, could result in forfeitur of the Property or other material impairment of Lender's interest in th Property or rights under this Security Instrument. Borrower can cure suc a default and, if acceleration has occurred, reinstate as provided in Sectio 19, by causing the action or proceeding to be dismissed with a ruling tha in Lender's judgment, precludes forfeiture of the Property or othe material impairment of Lender's interest in the Property or rights unde this Security Instrument. The proceeds of any award or claim for damage that are attributable to the impairment of Lender's interest in the Propert are hereby assigned and shall be paid to Lender.-----

-----*El Deudor estará en incumplimiento si se comienza cualquier acció o procedimiento civil o criminal, que a juicio del Prestador pudier resultar en la confiscación de la Propiedad u otro menoscabo material e el interés del Prestador sobre la Propiedad, o en sus derechos bajo est Hipoteca. El Deudor podrá subsanar tal incumplimiento y, si ya se h acelerado el vencimiento de la Deuda, reinstalar el Préstamo según s dispone en la Sección 19, si logra que se desestime la acción procedimiento mediante un pronunciamiento que, a juicio del Prestado precluya confiscación de la Propiedad u otro menoscabo material de interés del Prestador sobre la Propiedad, o de sus derechos bajo est Hipoteca. El Deudor por la presente cede al Prestador todo producto d cualquier adjudicación o reclamación por daños que sea atribuible a menoscabo del interés del Prestador sobre la Propiedad, y dicho product será pagado al Prestador.-----*

-----All Miscellaneous Proceeds that are not applied to restoration or repai of the Property shall be applied in the order provided for in Section 2.-----

-----*Todo Rédito Misceláneo que no sea aplicado a la restauración reparación de la Propiedad será aplicado en el orden dispuesto en l Sección 2.-----*

-----12. **Borrower Not Released; Forbearance by Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify the amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy. ----------

-----12. *El Deudor No Queda Relevado; Indulgencia por Parte del Prestador No Es Renuncia.* Ni la extensión del término para el pago, ni la modificación de la amortización de las cantidades aseguradas por esta Hipoteca, concedidas por el Prestador al Deudor o cualquier Sucesor en Interés del Deudor, operará como relevo de responsabilidad del Deudor, ni de ningún Sucesor en Interés del Deudor. El Prestador no estará obligado a comenzar procedimientos en contra de ningún Sucesor en Interés del Deudor, ni estará obligado a rehusar extender el término para pagar o de otra manera modificar la amortización de las cantidades aseguradas por esta Hipoteca, por razón de cualquier requerimiento hecho por el Deudor original o por cualquier Sucesor en Interés del Deudor. Ninguna indulgencia por parte del Prestador en el ejercicio de cualquier derecho o remedio, incluyendo, sin limitaciones, aceptar pagos provenientes de terceras personas, entidades o Sucesores en Interés del Deudor o por cantidades menores a las entonces vencidas, se considerará como renuncia ni impedirá el ejercicio de cualquier derecho o remedio. ----

-----13. **Joint and Several Liability; Co-signers; Successors and Assigns.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent. ------------------------------------------------------------------

-----13. *Responsabilidad Solidaria; Cofirmantes; Sucesores y Cesionarios.* El Deudor conviene y acuerda que sus obligaciones y responsabilidades serán solidarias. Sin embargo, cualquier Deudor que cofirme esta Hipoteca pero no firme el Pagaré (un "cofirmante"): (a) está cofirmando esta Hipoteca solamente para hipotecar el interés del cofirmante en la Propiedad bajo los términos de esta Hipoteca; (b) no está obligado personalmente a pagar las cantidades aseguradas por esta Hipoteca; y (c) acuerda que el Prestador y cualquier otro Deudor pueden acordar extender, modificar, tolerar o realizar cualquier acomodo relacionado con los términos de esta Hipoteca o del Pagaré sin el consentimiento del co-firmante.------------------------------------------------

------Subject to the provisions of Section 18, any Successor in Interest Borrower who assumes Borrower's obligations under this Securi Instrument in writing, and is approved by Lender, shall obtain all Borrower's rights and benefits under this Security Instrument. Borrow shall not be released from Borrower's obligations and liabilities under th Security Instrument unless Lender agrees to such release in writing. Th covenants and agreements of this Security Instrument shall bind (except provided in Section 20) and benefit the successors and assigns of Lender.

------*Sujeto a las disposiciones de la Sección 18, cualquier Sucesor interés del Deudor que asuma por escrito las obligaciones del Deud bajo esta Hipoteca y sea aprobado por el Prestador, obtendrá todos l derechos y los beneficios del Deudor bajo esta Hipoteca. El Deudor quedará liberado de sus obligaciones y responsabilidades bajo es Hipoteca, a menos que el Prestador acuerde liberarlo por escrito. L convenios y acuerdos de esta Hipoteca obligarán (excepto según establece en la Sección 20) y beneficiarán a los sucesores y cesionari del Prestador.* ------

------**14. Loan Charges.** Lender may charge Borrower fees for servic performed in connection with Borrower's default, for the purpose protecting Lender's interest in the Property and rights under this Securi Instrument, including, but not limited to, attorneys' fees, proper inspection and valuation fees. In regard to any other fees, the absence express authority in this Security Instrument to charge a specific fee Borrower shall not be construed as a prohibition on the charging of suc fee. Lender may not charge fees that are expressly prohibited by th Security Instrument or by Applicable Law. ------

------**14. *Cargos del Préstamo.*** *El Prestador podrá cobrar al Deudor honorarios por servicios prestados por motivo de un incumplimiento p parte del Deudor, con el fin de proteger los intereses del Prestador en Propiedad y sus derechos bajo esta Hipoteca, incluyendo, sin limitació honorarios de abogados, inspección de la propiedad y cargos p tasación. Respecto a otros gastos, la falta de una autorización expresa esta Hipoteca a cobrar al Deudor un gasto específico no será interpretad como una prohibición a cobrar dicho gasto. El Prestador no podrá carg gastos que estén expresamente prohibidos por esta Hipoteca o por la L Aplicable.* ------

------If the Loan is subject to a law which sets maximum loan charges, an that law is finally interpreted so that the interest or other loan charg collected or to be collected in connection with the Loan exceed th permitted limits, then: (a) any such loan charge shall be reduced by th amount necessary to reduce the charge to the permitted limit; and (b) an sums already collected from Borrower which exceeded permitted limi will be refunded to Borrower. Lender may choose to make this refund b reducing the principal under the Note or by making a direct payment t Borrower. If a refund reduces principal, the reduction will be treated as partial payment without any prepayment charge (whether or not prepayment charge is provided for under the Note). Borrower's acceptanc of any such refund will constitute a waiver of any right of action Borrowe might have arising out of such overcharge. ------

-----*Si el Préstamo está sujeto a una ley que establece cargos máximos para préstamos, y esa ley se interpreta en forma final en el sentido de que los intereses u otros cargos cobrados o por cobrar con relación al Préstamo exceden los límites permitidos, entonces: (a) dichos cargos se reducirán por la cantidad necesaria para reducir el cargo al límite permitido; y (b) cualquier cantidad cobrada al Deudor que exceda los límites permitidos será reembolsada al Deudor. El Prestador podrá optar por hacer este reembolso mediante una reducción del principal adeudado bajo el Pagaré, o haciendo un pago directo al Deudor. Si se utiliza el reembolso para reducir el principal, la reducción se tratará como un pago parcial sin ningún cargo por pago anticipado (esté o no provisto tal cargo por pago anticipado en el Pagaré). La aceptación por el Deudor de cualquier reembolso constituirá una renuncia de cualquier causa de acción que el Deudor pudiera tener por motivo de tal sobrecargo.* ----------

-----**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.--------------------------------------------

-----*15. **Notificaciones.** Toda notificación dada por el Deudor o el Prestador con relación a esta Hipoteca será por escrito. Cualquier notificación hecha al Deudor con relación a esta Hipoteca se estimará haber sido dada al Deudor cuando se envíe por correo de primera clase o cuando de hecho se entregue a la dirección notificada por el Deudor si se envía por cualquier otro medio. La notificación a cualquier Deudor constituirá notificación a todos los Deudores, salvo que la Ley Aplicable expresamente disponga otra cosa. La dirección para notificaciones al Deudor será la dirección de la Propiedad a menos que el Deudor haya designado una dirección de notificación sustituta mediante notificación al Prestador. El Deudor notificará prontamente al Prestador su cambio de dirección. Si el Prestador especifica un procedimiento para informar un cambio de dirección del Deudor, el Deudor informará el cambio de dirección únicamente mediante ese procedimiento especificado por el Prestador. En todo momento podrá haber solamente una dirección designada para notificaciones bajo esta Hipoteca. Cualquier notificación al Prestador será dada entregándola o enviándola por correo de primera clase a la dirección del Prestador aquí indicada salvo que el Prestador*

*haya designado otra dirección mediante notificación al Deudor. Ningu[
notificación con relación a esta Hipoteca se considerará hecha
Prestador hasta que sea recibida por éste. Si cualquier notificaci[
requerida en esta Hipoteca es también requerida por la Ley Aplicable, [
requerimiento de la Ley Aplicable satisfará el requisito correspondien[
bajo esta Hipoteca.* ------------------------------------------------

-----**16.** **Governing Law; Severability; Rules of Construction**. Th[
Security Instrument shall be governed by federal law and the law of t'
jurisdiction in which the Property is located. All rights and obligatio[
contained in this Security Instrument are subject to any requirements a[
limitations of Applicable Law. Applicable Law might explicitly [
implicitly allow the parties to agree by contract, or it might be silent, b[
such silence shall not be construed as a prohibition against agreement [
contract. In the event that any provision or clause of this Securi[
Instrument or the Note conflicts with Applicable Law, such conflict sh[
not affect other provisions of this Security Instrument or the Note whi[
can be given effect without the conflicting provision. -------------------

-----*16. **Ley Aplicable; Separabilidad; Reglas de Interpretación**. Es[
Hipoteca se regirá por la ley federal y la ley de la jurisdicción en la cu[
ubica la Propiedad. Todos los derechos y las obligaciones contenidas [
esta Hipoteca están sujetas a cualquier requisito y limitación de la L[
Aplicable. La Ley Aplicable puede explícita o implícitamente permitir q[
las partes acuerden mediante contrato, o puede guardar silencio, pero t[
silencio no se interpretará como una prohibición del acuerdo contractu[
Si alguna disposición o cláusula de esta Hipoteca o del Pagaré choca c[
la Ley Aplicable, tal conflicto no afectará otras disposiciones de es[
Hipoteca o del Pagaré que puedan hacerse valer sin la disposici[
conflictiva.* ----------------------------------------------------------

-----As used in this Security Instrument: (a) words of the masculine gend[
shall mean and include corresponding neuter words or words of th[
feminine gender; (b) words in the singular shall mean and include th[
plural and vice versa; and (c) the word "may" merely gives sole discreti[
without any obligation to take any action. ----------------------------

-----*En esta Hipoteca: (a) las palabras utilizadas en el género masculin[
incluirán las del género femenino; (b) las utilizadas en el singul[
incluirán el plural, y viceversa; y (c) la palabra "podrá" meramente dar[
discreción, sin obligación de tomar acción alguna.* ---------------------

-----**17. Borrower's Copy.** Borrower shall be given one copy of the Not[
and of this Security Instrument. ------------------------------------------

-----*17. **Copia del Deudor**. Al Deudor se le entregará una copia d[
Pagaré y de esta Hipoteca.* ----------------------------------------------

-----**18. Transfer of the Property or a Beneficial Interest in Borrow[**
As used in this Section 18, "Interest in the Property" means any legal [
beneficial interest in the Property, including, but not limited to, thos[
beneficial interests transferred in a bond for deed, contract for dee[
installment sales contract or escrow agreement, the intent of which is th[
transfer of title by Borrower at a future date to a purchaser. ------------

-----18. *Traspaso de la Propiedad o de un Interés Beneficiario del Deudor.* *Según se utiliza en esta Sección 18, "Interés en la Propiedad" significa todo interés propietario o beneficiario en la Propiedad, incluyendo, pero sin limitarse a, aquellos intereses beneficiarios transferidos como pacto condicional de traspaso, contrato para venta, contrato de venta a plazos o acuerdo de plica, cuya intención sea el traspaso de título por el Deudor a un comprador en fecha futura.*-----------

-----If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. -----

-----*Si sin el previo consentimiento del Prestador se vende o traspasa toda o cualquier parte de la Propiedad, o cualquier Interés en la Propiedad (o en caso que el Deudor no sea una persona natural se vende o traspasa un interés propietario en el Deudor), entonces el Prestador podrá requerir el pago completo e inmediato de todas las cantidades aseguradas por esta Hipoteca. Sin embargo, el Prestador no ejercerá esta opción en caso que la Ley Aplicable la prohíba.* -------------------------------------------

-----If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than thirty (30) days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower. -----------------------------

-----*Si el Prestador ejerce esta opción, le dará aviso al Deudor de la aceleración del vencimiento. Conforme a la Sección 15, el aviso proveerá un período no menor de treinta (30) días a partir de su fecha, dentro del cual el Deudor vendrá obligado a pagar todas las cantidades aseguradas por esta Hipoteca. Si el Deudor dejare de pagar estas cantidades antes del vencimiento de este período, el Prestador podrá invocar cualquier remedio permitido por esta Hipoteca, sin más aviso o requerimiento al Deudor.* -----------------------------------------------------

-----19. **Borrower's Right to Reinstate after Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five (5) days before sale of the Property pursuant to any power of foreclosure contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under

this Security Instrument; and (d) takes such action as Lender ma reasonably require to assure that Lender's interest in the Property an rights under this Security Instrument, and Borrower's obligation to pay th sums secured by this Security Instrument, shall continue unchange Lender may require that Borrower pay such reinstatement sums an expenses in one or more of the following forms, as selected by Lender: ( cash, (b) money order, (c) certified check, bank check, treasurer's check cashier's check, provided any such check is drawn upon an institutic whose deposits are insured by a federal agency, instrumentality or entity (d) Electronic Funds Transfer. Upon reinstatement by Borrower, th Security Instrument and obligations secured hereby shall remain ful effective as if no acceleration had occurred. However, this right reinstate shall not apply in the case of acceleration under Section 18.------

-----19. *El Derecho del Deudor a Reinstalar después de la Aceleració.* Si el Deudor cumple con ciertas condiciones, el Deudor tendrá el derech de detener la ejecución de esta Hipoteca en cualquier momento antes de siguiente, lo primero que ocurra: (a) cinco (5) días antes de la venta de Propiedad de conformidad con cualquier poder de ejecución contenido esta Hipoteca; (b) cualquier otro período que especifique la Ley Aplicab para que expire el derecho del Deudor a reinstalar; o (c) se dic sentencia ejecutando esta Hipoteca. Tales condiciones son que el Deudo (a) pague al Prestador todas las cantidades entonces adeudadas bajo es. Hipoteca y el Pagaré como si la aceleración no hubiera ocurrido; ( subsane cualquier incumplimiento de cualquier otro pacto o convenio; ( pague todos los gastos incurridos en la ejecución de esta Hipoteca incluyendo, pero sin limitarse a, honorarios razonables de abogad gastos de inspección y tasación de la propiedad y otras gastos incurridc con el propósito de proteger el interés del Prestador en la Propiedad y su derechos bajo esta Hipoteca; y (d) tome la acción que el Prestador pued razonablemente requerir para asegurar que queden inalterados el intere del Prestador en la Propiedad y sus derechos bajo esta Hipoteca, y obligación del Deudor de pagar las cantidades aseguradas por est Hipoteca. El Prestador podrá requerir que el Deudor pague tale cantidades de reinstalación y gastos en una o más de las siguiente maneras, a opción del Prestador: (a) en efectivo, (b) giro, (c) chequ certificado, cheque oficial de una institución financiera o cheque a gerente, siempre y cuando tal cheque sea librado por o contra un institución cuyos depósitos estén asegurados por una agenci instrumentalidad o entidad federal; o (d) Transferencia Electrónica Fondos. Al ser reinstalada por el Deudor, esta Hipoteca y la obligaciones aquí garantizadas permanecerán plenamente en vigor com si la aceleración no hubiera ocurrido. Sin embargo, el derecho d Deudor a reinstalar no aplicará en el caso de aceleración bajo la Secció 18.------

-----20. **Sale of Note; Change of Loan Servicer; Notice of Grievanc** The Note or a partial interest in the Note (together with this Securit Instrument) can be sold one or more times without prior notice t Borrower. A sale might result in a change in the entity (known as th "Loan Servicer") that collects Periodic Payments due under the Note an this Security Instrument and performs other mortgage loan servicin obligations under the Note, this Security Instrument, and Applicable Law There also might be one or more changes of the Loan Servicer unrelated t a sale of the Note. If there is a change of the Loan Servicer, Borrower wil

be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower not assumed by the Note purchaser unless otherwise provided will remain with the Loan Servicer or be transferred to a successor Loan Servicer(s) and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser. ------------

-----20. *Venta del Pagaré; Cambio de Administrador del Préstamo; Aviso de Quejas.* *El Pagaré o un interés parcial en el Pagaré (conjuntamente con esta Hipoteca) puede ser vendido una o más veces sin aviso previo al Deudor. Una venta podría resultar en un cambio de la entidad (conocida como "Administrador del Préstamo") que cobra los Pagos Periódicos vencidos bajo el Pagaré y esta Hipoteca y realiza otras obligaciones de administración bajo el Pagaré, esta Hipoteca y la Ley Aplicable. También podrá haber uno o más cambios del Administrador del Préstamo no relacionados a la venta del Pagaré. Si hay un cambio de Administrador del Préstamo, el Deudor será notificado por escrito del cambio, cual aviso proveerá el nombre y la dirección del nuevo Administrador del Préstamo, la dirección a la que se deben remitir los pagos y cualquier otra información requerida por RESPA con relación al aviso de traspaso de administración del préstamo. Si se vende el Pagaré y otra entidad que no es su comprador asume la administración del Préstamo, dicho comprador no será responsable por el cumplimiento de aquellas obligaciones de administración que no haya asumido, a menos que acuerde otra cosa. -----------------------------------------------------------*

-----Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or as member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period, which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.------------------------------------------------------

-----*Ni el Deudor ni el Prestador podrán comenzar, unirse o ser unidos en alguna acción judicial (como litigante individual ni como miembro de una clase) que surja de las acciones de la otra parte al amparo de esta Hipoteca o que alegue que la otra parte ha incumplido alguna disposición de, o con cualquier deber requerido por razón de esta Hipoteca, hasta que dicho Deudor o Prestador haya notificado a la otra parte (tal aviso dado en cumplimiento con lo requerido en la Sección 15) del alegado incumplimiento y haya dado a la otra parte un plazo razonable a partir del mismo para tomar acción correctiva. Será considerado como razonable para propósitos de este párrafo un plazo establecido por la Ley*

Aplicable como necesario para que se pueda tomar cierta acción. El avi
de aceleración y la oportunidad de curar dados al Deudor conforme a
Sección 22, y el aviso de aceleración dado al Deudor conforme a
Sección 18 se considerarán como que satisfacen los requisitos de avis
oportunidad de subsanar de esta Sección 20. -----------------------------

-----21. **Hazardous Substances**. As used in this Section 21:
"Hazardous Substances" are those substances defined as toxic
hazardous substances, pollutants or wastes by Environmental Law, and t
following substances: gasoline, kerosene, other flammable or to
petroleum products, toxic pesticides and herbicides, volatile solven
materials containing asbestos or formaldehyde, and radioactive materia
(b) "Environmental Law" means federal laws and laws of the jurisdictic
where the Property is located that relate to health, safety or environmen
protection; (c) "Environmental Cleanup" includes any response actic
remedial action, or removal action, as defined in Environmental Law; a
(d) an "Environmental Condition" means a condition that can caus
contribute to, or otherwise trigger an Environmental Cleanup. -------------

-----21. *Sustancias Peligrosas*. *Según usado en esta Sección 2*
*(a) "Sustancias Peligrosas" son aquellas sustancias definidas en la L*
*Ambiental como sustancias tóxicas o peligrosas, contaminantes*
*desperdicios, y las siguientes sustancias: gasolina, kerosén, otros produ*
*tos de petróleo inflamables o tóxicos, pesticidas tóxicos y herbicida*
*solventes volátiles, materiales que contengan asbesto o formalina,*
*materiales radioactivos; (b) "Ley Ambiental" significa leyes federales*
*leyes de la jurisdicción donde ubica la Propiedad que atañen a la salu*
*seguridad o la protección ambiental; (c) "Limpieza Ambiental" inclu*
*cualquier acción responsiva, acción remediativa o acción de remoció*
*según definidos en la Ley Ambiental, y (d) una "Condición Ambienta*
*significa una condición que pueda causar, contribuir a o de otra form*
*provocar una Limpieza Ambiental. -----------------------------------------*

-----Borrower shall not cause or permit the presence, use, disposal, storag
or release of any Hazardous Substances, or threaten to release ar
Hazardous Substances, on or in the Property. Borrower shall not do, nc
allow anyone else to do anything affecting the Property (a) that is i
violation of any Environmental Law, (b) which creates an Environment
Condition, or (c) which, due to the presence, use, or release of
Hazardous Substance, creates a condition that adversely affects the valu
of the Property. The preceding two sentences shall not apply to th
presence, use, or storage on the Property of small quantities of Hazardou
Substances that are generally recognized to be appropriate to norm:
residential uses and for maintenance of the Property (including, but nc
limited to hazardous substances in consumer products). --------------------

-----*El Deudor no causará ni permitirá la presencia, uso, disposició*
*almacenaje o emanación de ninguna Sustancia Peligrosa, ni amenazar*
*con descargar ninguna Sustancia Peligrosa, en o dentro de la Propieda*
*El Deudor no hará ni permitirá que nadie haga alguna cosa que afecte l*
*Propiedad (a) que sea en violación de la Ley Ambiental, (b) que cree un*
*Condición Ambiental, o (c) que, debido a la presencia, el uso o l*
*emanación de una Sustancia Peligrosa, cree una condición que afect*
*adversamente el valor de la Propiedad. Las dos oraciones que anteced*
*no aplicarán a la presencia, el uso o el almacenaje en la Propiedad d*

*pequeñas cantidades de Sustancias Peligrosas que generalmente se reconocen como apropiadas para uso residencial normal y para mantenimiento de la Propiedad (incluyendo, pero sin limitarse a, sustancias peligrosas que se encuentran en productos para uso por el consumidor). ------------------------------------------------------------------*

-----Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup. --------------------------

-----*El Deudor dará pronto aviso por escrito al Prestador de (a) cualquier investigación, reclamación, requerimiento, demanda u otra acción por cualquier agencia gubernamental o agencia reguladora o persona particular que envuelva la Propiedad y cualquier Sustancia Peligrosa o Ley Ambiental, de la cual el Deudor tenga conocimiento, (b) cualquier Condición Ambiental, incluyendo, pero sin limitarse a, cualquier derrame, filtración, descarga o amenaza de descarga de cualquier Sustancia Peligrosa, y (c) cualquier condición causada por la presencia, el uso o la descarga de una Sustancia Peligrosa que afecte adversamente el valor de la Propiedad. Si el Deudor se entera, o es notificado por cualquier autoridad gubernamental o autoridad reguladora, o persona particular, que es necesario remover u otra remediación de cualquier Sustancia Peligrosa que esté afectando la Propiedad, el Deudor tomará prontamente todas las acciones remediativas necesarias de conformidad con la Ley Ambiental. Nada de lo aquí contenido creará obligación alguna para el Prestador de realizar una Limpieza Ambiental. --------------*

-----<u>NON-UNIFORM COVENANTS</u>. Borrower and Lender, by the disbursal of funds evidenced by the Note, further covenant and agree as follows: --------------------------------------------------------------------

-----*<u>CONVENIOS NO UNIFORMES.</u> El Deudor y el Prestador, mediante el desembolso de los fondos evidenciados por el Pagaré, convienen y acuerdan además como sigue: ------------------------------------------------*

-----**22. <u>Acceleration; Remedies</u>**. Except as provided in Section 18 hereof, upon Borrower's breach of any covenant or agreement of Borrower in this Security Instrument, including the covenants to pay when due any sums secured by this Security Instrument, Lender, prior to acceleration, shall mail notice to Borrower as provided in Section 15 hereof specifying: (a) the breach; (b) the action required to cure such breach; (c) a date, not less than thirty (30) days from the date the notice is mailed to Borrower, by which such breach must be cured; and (d) that failure to cure such breach on or before the date specified in the notice may result in acceleration of

the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert non-existence of a default or any other defense of Borrower to acceleration and foreclosure in the foreclosure proceeding. If the breach is not cured on or before the date specified in the notice, Lender, at Lender's option, may declare all of the sums secured by this Security Instrument to be immediately due and payable without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect in such proceeding all expenses of foreclosure, including, but not limited to attorney's fees, costs of documentary evidence, abstracts and title reports. --------------------------------------------------------------------

-----22. *Aceleración; Remedios.* *Excepto según se dispone en la Sección 18 de esta Hipoteca, al Deudor incumplir con cualquiera de sus convenios o acuerdos bajo esta Hipoteca, incluyendo los convenios para pagar a su vencimiento cualquier suma garantizada por esta Hipoteca, el Prestador previo a la aceleración de vencimiento, notificará al Deudor por correo según dispone la Sección 15 indicándole: (a) su incumplimiento; (b) la acción requerida para subsanar tal incumplimiento; (c) una fecha no anterior a treinta (30) días a partir del envío por correo del aviso al Deudor, para la cual vendrá obligado a subsanar el incumplimiento; y (d) que la falta de subsanar tal incumplimiento en o antes de la fecha especificada en el aviso podrá resultar en la aceleración de las cantidades garantizadas por esta Hipoteca, la ejecución judicial y la venta de la Propiedad. El aviso también informará al Deudor de su derecho a reinstalar el Préstamo después de la aceleración de su vencimiento, y del derecho a alegar en el procedimiento de ejecución la inexistencia del incumplimiento, o cualquier otra defensa que tenga el Deudor. Si no subsana el incumplimiento en o antes de la fecha especificada en el aviso, el Prestador, a su opción, podrá declarar inmediatamente vencidas y pagaderas todas las sumas garantizadas por esta Hipoteca, sin más requerimiento, y podrá ejecutar esta Hipoteca mediante procedimiento judicial. El Prestador tendrá derecho a cobrar en tal procedimiento todos los gastos de ejecución, incluyendo, sin limitación, honorarios de abogados, el costo de evidencia documentaria, informes y estudios de título.* --------------------------------------------------------------------

-----23. **Release.**   Upon payment of all sums secured by this Security Instrument, Lender shall release and cancel this Security Instrument at Borrower's expense, or, at Borrower's option, endorse the Note "for cancellation only". Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law. --

-----23. *Liberación.* *Al pago de todas las cantidades garantizadas por esta Hipoteca, el Prestador liberará y cancelará esta Hipoteca a costo del Deudor, o, a opción del Deudor, endosará el Pagaré "para cancelación solamente". El Prestador podrá cobrar al Deudor un cargo por liberar esta Hipoteca, pero solamente si el cargo se paga a una tercera persona por servicios prestados y la Ley Aplicable permite dicho cargo.* ------------

-----24. **Lowest Bid.** Pursuant to the provisions of this Security Instrument and the Mortgage and Property Registry Act of Puerto Rico, Borrower and Lender value the Property in the amount equal to the original principal



amount of note secured by this Mortgage, which value shall serve as lowest bid at the first auction in the event of foreclosure.------------------------------

-----**24.** *Tipo Mínimo.* De conformidad con las disposiciones de esta Hipoteca y la Ley Hipotecaria y del Registro de la Propiedad de Puerto Rico, el Deudor y el Prestador valoran la Propiedad en una cantidad igual a la suma original del principal del Pagaré garantizado por esta hipoteca, cuyo valor servirá como tipo mínimo en la primera subasta en el caso de ejecución.------------------------------

-----**25. Assignment of Rents; Appointment of Receiver.** As additional security hereunder, Borrower hereby assigns to Lender the rents of the Property, provided that Borrower shall, prior to acceleration under Section 22 hereof or abandonment of the Property, have the right to collect and retain such rents as they become due and payable. ------------------------------

-----**25.** *Cesión de Rentas: Nombramiento de Síndico.* Como garantía adicional bajo esta Hipoteca, el Deudor por la presente cede al Prestador las rentas sobre la Propiedad, pero el Deudor, previo a ocurrir aceleración de vencimiento bajo la Sección 22 de esta Hipoteca o abandono de Propiedad, tendrá derecho a cobrar y retener dichas rentas según venzan y advengan pagaderas. ------------------------------

-----Upon acceleration under Section 22 hereof or abandonment of the Property, Lender shall be entitled to have a receiver appointed by a court to enter upon, take possession of and manage the Property and to collect the rents of the Property including those past due. All rents collected by the receiver shall be applied first to payment of the costs of management of the Property and collection of rents, including, but not limited to, receiver's fees, premiums on receiver's bonds and attorneys' fees, and then to the sums secured by this Security Instrument. The receiver shall be liable to account only for those rents actually received. ------------------------------

-----*A partir de la aceleración de vencimiento bajo la Sección 22 de esta Hipoteca o abandono de la Propiedad, el Prestador tendrá derecho a que un tribunal de justicia nombre un síndico para que entre en la Propiedad, tome posesión de ella, la administre y cobre sus rentas vencidas y por vencer. Todas las rentas cobradas por el síndico serán aplicadas primero al pago de los gastos de administración de la Propiedad y cobro de rentas, incluyendo, pero no limitado a, los honorarios del síndico, primas de fianzas del síndico y honorarios de abogados, y entonces a las cantidades garantizadas por esta Hipoteca. El Síndico será responsable de rendir cuentas solamente sobre aquellas rentas que reciba. ------------------------------*

-----**26. Waiver of Homestead Rights.** Borrower hereby waives in favor of the Lender, to the fullest extent allowed by Applicable Law, all homestead and similar rights conferred upon Borrower by any Applicable Law, including, without limitation, the provisions of the Puerto Rico *Ley de Hogar Seguro*, Puerto Rico Laws Annotated, title 31, sections 1851 to 1857. ------------------------------

-----**26.** *Renuncia a los Derechos de Hogar Seguro.* El Deudor por la presente renuncia a favor del Prestador, al mayor grado permitido por la Ley Aplicable, todo derecho de hogar seguro y derechos similares conferidos al Deudor por cualquier Ley Aplicable, incluyendo pero sin limitación, a las disposiciones de la Ley de Hogar Seguro de Puerto Rico, Leyes de Puerto Rico Anotadas, título 31, secciones 1851 a 1857.----------

PUERTO RICO-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT     Form 3053    3/05
*(page 34 of 40 pages)*

-----27. **Items Secured by this Security Instrument.** To secure to Lender or to the
holder by endorsement of the Note (a) the repayment of the indebtedness evidenced by
the Note, with interest thereon, (b) the performance of the covenants and agreements of
Borrower herein contained, (c) an additional amount equal to ten percent (10%) of the
original principal amount of the Note to cover costs, expenses and attorneys' fees of the
Lender in enforcing its right under the Note to demand immediate repayment of the
Note or to seek judicial collection or collection in any proceeding in bankruptcy of the
Borrower, which amount shall be considered liquid and payable by the sole act of
providing the Borrower with notice as stated in the Note or seeking collection and shall
be in addition to the principal amount of the Note, (d) an additional amount equal to ten
percent (10%) of the original principal amount of the Note to cover any other advances
which may be made under this Security Instrument, and (e) an additional amount equal
to ten percent (10%) of the original principal amount of the Note to cover interest in
addition to that secured, and up to the maximum allowed by, Applicable Law, Borrower
does hereby constitute a voluntary first mortgage on the Property. In the event this
Security Instrument is not recorded at the Registry with the agreed rank, the same shall
constitute a default hereunder entitling Lender to the remedies provided in Section 2
hereof. ------------------------------------------------------------------------------------

-----27. *Partidas Garantizadas por Esta Hipoteca.* *Para garantizar al Prestador o al*
*tenedor por endoso del Pagaré (a) el repago de la deuda evidenciada por el Pagaré*
*con intereses (b) el cumplimiento de los convenios y acuerdos del Deudor aquí*
*contenidos, (c) una cantidad adicional igual al diez por ciento (10%) de la suma*
*original del principal del Pagaré, para cubrir costas, gastos y honorarios de abogado*
*incurridos por el Prestador al hacer valer sus derechos bajo el Pagaré de exigir repago*
*inmediato del Pagaré o solicitar cobro por la vía judicial o cobro en cualquier*
*procedimiento en una quiebra del Deudor, la cual suma será considerada líquida y*
*exigible por el mero acto de dar aviso al Deudor según se establece en el Pagaré, o de*
*gestionar cobro, y será adicional a la suma principal del Pagaré, (d) una cantidad*
*adicional igual al diez por ciento (10%) de la suma original del principal del Pagaré,*
*para cubrir cualquier otro adelanto que pueda ser hecho bajo esta Hipoteca, y (e) una*
*cantidad adicional igual al diez por ciento (10%) de la suma original del principal del*
*Pagaré, para cubrir intereses por encima de los asegurados por, y hasta el máximo*
*permitido por, la Ley Aplicable, por la presente el Deudor constituye una primera*
*hipoteca voluntaria sobre la Propiedad. Constituirá incumplimiento del Deudor el que*
*esta Hipoteca no sea inscrita en el Registro con el rango acordado, lo que facultará al*
*Prestador a ejercitar los remedios provistos en la Sección 22 de este documento.------*

-------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------

-----**FIFTH**: THE PROPERTY. The description of the Property is:--------

-----*QUINTA: LA PROPIEDAD. La descripción de la Propiedad es:*

---RUSTICA: Solar radicado en el barrio Collares del termino municipal de Humacao, Puerto Rico, con una cabida superficial de mil cero cero seis punto siete mil novecientos noventa y siete (1,006.7997) metros Cuadrados. Equivalente a cero punto dos cinco seis dos (0.2562) cuerdas. En lindes por el **NORTE**, con la carretera Estatal #926; por el **SUR**, con la finca principal de la cual se segrega; por el **ESTE**, con Freddy Romero y por el **OESTE**, con la finca principal de la cual se segrega.------------------------

-----**SIXTH:** The Property is recorded as follows, and any liens and
encumbrances of record are listed below: ----------------------------------
-----*SEXTA:* *La Propiedad está inscrita como sigue, y las cargas y*
*gravámenes que surgen del Registro se indican a continuación:* ------------

---Consta inscrito al folio móvil del tomo
#536 de Humacao, finca #18,678; inscripción
6ta y ultima del Registro de la Propiedad de
Humacao.----------------------------------------

-----**SEVENTH:** <u>BORROWER</u>. The Borrower is (are): ----------------
-----*SÉPTIMA:* <u>*DEUDOR*</u>: *El Deudor es (son):* -----------------

------ **RUBEN PEÑA ANDINO,** Seguro social
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; y su esposa **NOEMI FIGUEROA**
**CASTRO,** seguro social 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; mayores
de edad, propietarios y vecinos de Humacao,
Puerto Rico, a quiénes identifiqué mediante
sus licencias de conducir expedidas por el
Gobierno De Puerto Rico con fotos y
firmas.------------------------------------------

--- **NOEMI FIGUEROA CASTRO,** reconoce que el
bien hipotecario es privativo de su esposo
**RUBEN PEÑA ANDINO,** y comparece en este acto
tan solo como co-deudora del Pagaré aquí
constituido.------------------------------------

----**EIGHTH:**  **LENDER**. The Lender to whose order the Note has been issued and delivered is: **RG PREMIER BANK OF PR**. ------------------------------------

-----**OCTAVA:**  **PRESTADOR**. El Prestador a la orden de quien el Pagaré se ha emitido y entregado es:. -----------------------------------------------

----------------------**RG PREMIER BANK OF PR** -----------------------
social security number "66-0402155, a corporation organized-------------
Seguro Social número "66-0402155", una corporación organizada----------

and existing under the laws of the commonwealth of Puerto Rico-----------
y existe bajos las leyes del estado libre asociado de Puerto Rico--------------

-----Lender's address is: --------------------------------------------
-----La dirección del Prestador es: ----------------------------------------

with principal offices in two hundred eigthy (280), Jesús T. Pinero, Avenue, Hato Rey, Puerto Rico---------------------------------------
con oficinas principales en el doscientos ochenta (280), de la Avenida Jesús T. Pinero, Hato Rey, Puerto Rico--------------------------------------

or such other address as Lender may indicate in writing.-----------------
*u otra dirección que el Prestador indique por escrito.*

------------------------------ WARNINGS ------------------------------
-----The Notary Public certifies that he or she has advised the Lender and the Borrower that, if the Property is subject to one or more liens that enjoy prior rank over this Security Instrument, the Lender will retain from the proceeds of the Loan a sum sufficient to pay and cancel said liens. The Lender, by the disbursal of funds evidenced by the Note, has agreed to remit payment thereof to the holders of such liens within five (5) working days following the execution of this Security Instrument, in order to secure the cancellation of such liens; although there is no absolute guaranty that said cancellation will be performed. The Borrower has the right to require that such liens be cancelled concurrently with the execution of this Security Instrument, but is advised that, as in most cases, promissory notes secured by mortgages may not be available for cancellation at this time. These warnings having been made, the Borrower hereby waives the right to require that said liens be cancelled concurrently with the execution of this Security Instrument. --------------------------------------------------------

------------------------------**ADVERTENCIAS**----------------------------
*-----El Notario Público certifica que ha advertido al Prestador y al Deudor que de estar la Propiedad afecta a uno o más gravámenes de rango superior a esta Hipoteca, el Prestador retendrá del producto del Préstamo la suma suficiente para cancelarlos. El Prestador, mediante el desembolso de los fondos evidenciados por el Pagaré, ha acordado remitir pago de los mismos a los tenedores de dichos gravámenes dentro de cinco (5) días laborables luego del otorgamiento de esta Hipoteca, con el fin de asegurarse de la cancelación de los mismos; no obstante, no hay garantía absoluta que se lleve a cabo dicha cancelación. El Deudor tiene derecho a requerir que se cancelen dichos gravámenes concurrentemente con la constitución de esta Hipoteca, pero se le advierte que, como en la mayoría de los casos, los pagarés garantizados por hipotecas pueden no*



*estar. disponibles para cancelación en este momento. Habiéndose hech*
*estas advertencias, el Deudor por la presente renuncia a su derecho a*
*requerir que dichos gravámenes se cancelen concurrentemente con*
*constitución de esta Hipoteca.* ------------------------------------------

------If the Borrower has the right under Applicable Law to rescind th
transaction, then the Lender will not disburse any of the proceeds of t
Loan until the rescission period has expired, or until the Borrower waiv
said rescission right as provided by Applicable Law. -----------------------

-----*Si la Ley Aplicable concede al Deudor el derecho a rescindir es*
*transacción, entonces el Prestador no desembolsará ningún producto d*
*Préstamo hasta que haya expirado el período de rescisión, o hasta que*
*Deudor renuncie dicho derecho de rescisión en la forma que manda*
*Ley Aplicable.* -------------------------------------------------------------

-------------------------------- **ACCEPTANCE**-----------------------------
-----The appearing parties accept this deed in its entirety and I, the Nota
Public, made to the appearing parties the necessary legal warnin
concerning the execution of the same. I, the Notary Public, advised t
appearing parties as to their right to have witnesses present at th
execution, which they waived. The appearing parties, having read th
deed in its entirety, fully ratify and confirm the statements contained here
as the true and exact embodiment of their stipulations, terms a
conditions. Whereupon the appearing parties sign this deed, before me, t
Notary Public, and sign their initials on each and every page of this deed.

-------------------------------*ACEPTACIÓN*-----------------------------
----- *Los comparecientes aceptan esta escritura en su totalidad, y yo,*
*Notario Público, hice a los comparecientes las advertencias legal*
*pertinentes relativas a este otorgamiento. Yo, el Notario Público, advert*
*las partes comparecientes de su derecho a tener testigos presentes en es*
*otorgamiento, al cual derecho renunciaron. Habiendo los comparecieni*
*leído esta escritura en su totalidad, la ratifican totalmente y confirm*
*que las declaraciones contenidas en la misma reflejan fiel y exactamer*
*sus estipulaciones, términos y condiciones. En virtud de lo cual, l*
*comparecientes firman esta escritura ante mí, el Notario Público, y fij*
*sus iniciales en cada uno de los folios de esta escritura.* ----------------

---Because he or she does not know the Borrower personally, t
Notary Public hereby clarifies and certifies that he or she h
identified the Following named parties according to the requiremer
established by Article Seventeen (C ) 17 (C) of the Notarial Law
Puerto Rico, who Presented the following identifications that conta
their signatures and Photographs.--------------------------------------------

---Por no conocer personalmente al Deudor, en este acto el Nota
Publico aclara y hace constar que identifico a los siguiente
Comparecientes de acuerdo a los requisitos establecidos por el Artíc
Diecisiete (C) (17 (C) de la Ley de la Ley Notarial de Puerto Rico, quien
Presentaron las siguientes identificaciones que contienen sus firmas
retratos.------------------------------------------------------------------

-----I, the Notary Public, do hereby certify and give faith as to everything stated and contained in this instrument.-------------------------------------

-----*Yo, el Notario Público, por la presente certifico y doy fe de todo lo declarado y contenido en este instrumento.* ------------------------------------

CERTIFICATION: I HEREBY CERTIFY THAT THIS IS
DUPLICATE COPY OF THE INSERTED MORTGAGE
DEED THAT WAS PRESENTED FOR RECORDATION

NOTARY PUBLIC

**LORD TITLE SERVICE CO.**

713 ANDALUCIA AVENUE PUERTO NUEVO
SAN JUAN, PUERTO RICO 00920
WWW.LORDTITLE.COM

PHONE: (787) 774-1660
FAX: (787) 782-5888
TSEARCH@LORDTITLE.COM

Notice:

**CASO:** BUFETE COLON SANTANA & ROMAN

**RE:** RUBEN PENA ANDINO          QUIEBRA #294

**FINCA:** #18,678 inscrita al folio 190 del tomo 419 de Humacao
Registro de la Propiedad de Humacao.

**DESCRIPCION:** RUSTICA: Solar radicado en el Barrio Collores del término municipal de Humacao, Puerto Rico con una cabida superficial de 1,006.7997 metros cuadrados, equivalentes a 0.2562 cuerdas.  En lindes por el NORTE, con la carretera Estatal #926; por el SUR, con la finca principal de la cual se segrega; por el ESTE, con Freddy Romero; y por el OESTE, con la finca principal de la cual se segrega.

**TRACTO:**  Se segrega de la finca #3211 inscrita al folio 243 del tomo 102 de Humacao

**DOMINIO:**  Consta inscrita a favor de **RUBEN PEÑA ANDINO casado con NAOMI FIGUEROA CASTRO** quienes adquirieron por adjudicación en liquidación de bienes hereditarios de Zahira Peña Andino y María de los Angeles Andino Cotto por precio de $35,241.00, según Esc. #42 en Humaco el 7 de junio de 2001 ante Juan Carlos Miranda Rodríguez, inscrita al tomo móvil 536 de Humacao, finca #18,678 inscripción 6ta.

**GRAVAMENES:** Por su procedencia: LIBRE DE CARGAS

**POR SI:** Hipoteca  en garantía de un pagaré, a favor de RG Premier Bank of P.R. , o a su orden, por $156,000.00 al 7 1/8%, vencedero el 1 de septiembre de 2036 , según Esc. #218 del 30 de agosto de 2006 ante Eduardo Navarro Pluguez, bajo la Ley #216 del 15 de noviembre de 2011 inscrita al folio 191 del tomo 449  de Humacao finca #18,678 inscripción 7ma.

**NOTA: DEL REGISTRO SURGE UN ATRASO DE VARIOS DIAS EN LA ENTRADA DE MINUTAS DE PRESENTACION PARA LA BITACORA ELECTRONICA DEL SISTEMA AGORA.  NO SOMOS RESPONSABLES POR ERRORES U OMISIONES DEL REGISTRO.**

**REVISADOS:** Registro de embargos estatales, incluyendo Ley #12 del 2010, contribuciones federales, sentencias y Bitácora Electrónica; de la cual no nos hacemos responsables por errores u omisiones en la misma.

THIS IS NOT A TITLE INSURANCE POLICY AND SHOULD NOT BE RELIED UPON AS SUCH.
LIABILITY FOR THIS TITLE SEARCH IS LIMITED TO THE AMOUNT PAID FOR IT.
FOR FULL PROTECTION PURCHASES AND LENDERS SHOULD REQUIRE A TITLE INSURANCE POLICY.

30 de julio de 2012                                      1207-0444

NOEL A. HERNANDEZ GUZMAN
PRESIDENTE

39-O

BPQ: 294

**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF:**

Rubén Peña Andino & Naomi Figueroa Castro

**Debtor(s)**

CASE NO.  12-03429 MCF

CHAPTER   13

### VERIFIED STATEMENT

I, Mádelin Colón Pérez of legal age, single, Attorney for Banco Popular Puerto Rico and resident of San Juan, Puerto Rico, declare under penalty of perjury as follows:

That as to this date, by a search and review of the records kept by BANCO POPULAR PUERTO RICO - MORTGAGE DIVISION in the regular course of business in regard to debtor account with this bank there is no information that will lead the undersign to belief that debtor is a regular service member either on active duty or under a call to active duty, in the National Guard or as a Commission Officer of the Public Health Services or the National Oceanic and Atmospheric Administration (NOAA) in active duty.

The bank has not received any written notice from debtor that his military status has change as to this date.

That as part of my search I examined the documents and records available to me within our computer system.

IN WHEREOF I THESE PRESENTS under penalty of perjury, in San Juan, Puerto Rico this 13 th day of June, 2013.

Case:12-03426-MCF13 Doc#:59 Filed:06/26/13 Entered:06/26/13 17:21:20 Desc: Main
Department of Defense Manpower Data Center Document Page 53 of 58

Results as of: Jun-13-2013 12:02:22

SCRA 3.0

**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>PEÑA ANDINO</u>

First Name: <u>RUBÉN</u>

Middle Name:

Active Duty Status As Of: <u>Jun-13-2013</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: 03D4DED2305AQE0



Department of Defense Manpower Data Center

Results as of: Jun-13-2013 12:03:09

SCRA 3.0

### Status Report
### Pursuant to Servicemembers Civil Relief Act

Last Name: <u>FIGUEROA CASTRO</u>

First Name: <u>NAOMI</u>

Middle Name:

Active Duty Status As Of: <u>Jun-13-2013</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: S3295EA2D05AK20

Department of Defense Manpower Data Center

Results as of: Jun-13-2013 12:03:09
SCRA 3.0

**Status Report**

**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>FIGUEROA CASTRO</u>

First Name: <u>NAOMI</u>

Middle Name:

Active Duty Status As Of: <u>Jun-13-2013</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).  This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

# Certificate ID: S3295EA2D05AK20